**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| STEVEN MUSKAL, as Independent Administrator of the Estate of James B. Muskal,<br><br>Plaintiff,<br>-against-<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Civil No. 1:25-cv-15478<br><br>Judge Thomas M. Durkin |

**JOINT STATUS REPORT**

Plaintiff Steven Muskal, as Independent Administrator of the Estate of James B. Muskal ("Plaintiff") and defendant Wells Fargo Bank, N.A. ("Defendant") (together, the "Parties") hereby submit their joint status report in accordance with the Court's Order of December 22, 2025.

**I. The Nature of the Case**.

a. Attorneys of Record: The attorney of record for Plaintiff is Michael Anthony Steigmann, of the Law Office of Michael Steigmann. Mr. Steigmann is lead trial attorney for Plaintiff. The attorney of record for Defendant is Matthew Scot Payne, of Fox Rothschild LLP. Defendant's lead trial attorney has not yet been determined.

b. Federal Jurisdiction: The basis for federal jurisdiction asserted by Plaintiff is federal claims jurisdiction arising from the Electronic Fund Transfer Act, and supplemental jurisdiction for Plaintiff's state law negligence claim.

c. Claims Asserted: Plaintiff asserts two counts. Count I alleges a violation of the Electronic Fund Transfer Act, seeking monetary damages arising out of allegedly unauthorized transactions involving an account in the name of the deceased James B.

Muskal. Count II alleges that Defendant negligently failed to exercise care with respect to the same transactions and account, and likewise seeks money damages. Defendant has not yet answered the Complaint, and reserves the right to assert any and all defenses, affirmative defenses, and counterclaims available to it.

**II. Pending Motions and Case Plan.**

a. Pending Motions: In response to Plaintiff's Complaint, Defendant filed a Motion to Compel Arbitration, to Stay Litigation, for Attorneys' Fees and Costs, and to Hold the Deadline to Respond to the Complaint in Abeyance ("the Motion to Compel Arbitration"). The Motion to Compel Arbitration argues that under the contract between the Parties, this matter should properly be heard before the American Arbitration Association (AAA). The Motion to Compel Arbitration is currently being briefed, with Plaintiff's response due March 6, 2026, and Defendant's reply due March 20, 2026.

b. Discovery Plan: Because the Motion to Compel Arbitration has not yet been decided, and a decision on this Motion may terminate this proceeding pending the outcome of arbitration, the Parties ask leave of the Court to amend this section of the Joint Status Report after the Court's ruling on the Motion, if necessary.

c. E-Discovery Plan: Likewise, the Parties ask leave to amend this section of the Joint Status Report after the Motion to Compel Arbitration is ruled upon, if necessary.

d. Jury Trial: Plaintiff has requested a jury trial. The Parties estimate the length of a trial to be 5 days. The Parties ask leave to amend this section of the Joint Status Report after the Motion to Compel Arbitration is ruled upon, if necessary.

### III. Consent to Proceed Before a Magistrate Judge.

a. The Parties have not unanimously consented to proceed before a Magistrate Judge. The Parties ask leave to reconsider this decision once the Motion to Compel Arbitration is ruled upon.

### IV. Status of Settlement Discussions.

a. The Parties have not yet engaged in settlement discussions.

b. The Parties do not presently request a settlement conference before the Magistrate Judge. The Parties ask leave to reconsider this decision once the Motion to Compel Arbitration is ruled upon.

Respectfully submitted,

Dated: March 2, 2026

By: /s/ Michael A. Steigmann
Attorney for Plaintiff Steven Muskal,
as Independent Administrator of
the Estate of James B. Muskal

MICHAEL ANTHONY STEIGMANN
michael@steigmann.com
Law Office of Michael Steigmann
180 N. LaSalle St., Suite 3700
Chicago, IL 60601
(312) 602-1070

By: /s/ Matthew Scot Payne
Attorney for Defendant Wells Fargo Bank, N.A.

MATTHEW SCOT PAYNE
mpayne@foxrothschild.com
Fox Rothschild LLP
321 N. Clark Street, Suite 1600
Chicago, Illinois 60654
Phone (312) 517-9200