**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Steven Muskal
Plaintiff,
v.
Wells Fargo Bank, N.A.
Defendant.

Case No.: 1:25−cv−15478
Honorable Thomas M. Durkin

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 5, 2026:

MINUTE entry before the Honorable Thomas M. Durkin: The Court adopts the following agreed briefing schedule as to Defendant's amended motion to compel arbitration, to stay litigation, for attorneys' fees and costs, and to hold the deadline to respond to the complaint in abeyance [26]: Plaintiff's Response in Opposition to the Motion is due by 5/26/2026; Wells Fargo's Reply in Support of the Motion is due by 6/9/2026. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.