**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| STEVEN MUSKAL, as Independent Administrator of the Estate of James B. Muskal,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Civil No. 1:25-cv-15478<br><br>Judge Thomas M. Durkin |

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT AS OF RIGHT UNDER RULE 15(a)(1)(B), OR ALTERNATIVELY, WITH THE COURT'S LEAVE UNDER RULE 15(a)(2)**

Plaintiff hereby moves for leave to file an Amended Complaint attached as Exhibit A, as of right under Rule 15(a)(1)(B), or Alternatively, with the Court's leave under Rule 15(a)(2), and states as follows:

1. Attached as Exhibit A is a proposed Amended Complaint which adds a Count III under the Illinois Consumer Fraud Act. This is plaintiff's first request to amend the Complaint.

2. On May 5, 2026, Defendant moved to compel arbitration. An arbitration clause is a type of forum-selection clause, so motions to compel arbitration "concern venue" and "are brought properly under Federal Rule of Civil Procedure 12(b)(3)" as a responsive pleading. *Groeneweg v. Citibank*, NA., 2026 U.S. Dist. LEXIS 75428, *2, 2026 WL 936993.

3. As the Motion to Compel Arbitration is considered brought pursuant to Rule 12(b)(3), because this Motion for Leave to Amend is being filed within "21 days

after service of a motion under Rule 12(b), (e), or (f)" pursuant to Rule 15(a)(1)(B), plaintiff seeks to amend as of right under Rule 15(a)(1)(B).

4. Alternatively, plaintiff also seeks leave to amend under Rule 15(a)(2). Rule 15(a) provides that a court 'should freely give leave [to amend] when justice so requires.'" *KAP Holdings, LLC v. Mar-Cone Appliance Parts Co.,* 55 F.4th 517, 529 (7th Cir. 2022) (quoting Fed. R. Civ. P. 15(a)).

5. The proposed amendment will not affect the current briefing of the Motion to Compel in any way, as the additional count does not affect the merits of that Motion, so the Court can issue the same ruling regardless. Judicial economy counsels that plaintiff be allowed to present its Amended Complaint as soon as possible.

6. Defendant Wells has requested 21 days to file its Response to this Motion for Leave to Amend, and plaintiff requests 10 days for its Reply.

Wherefore, plaintiff requests leave to file its Amended Complaint.

By:____/s/ Michael Steigmann_____
Attorney for Plaintiff

Michael Steigmann
150 S. Wacker Dr. #2400
Chicago, Illinois 60601
(312) 833-5945

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

STEVEN MUSKAL, as Independent Administrator of the Estate of James B. Muskal,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.

# AMENDED COMPLAINT

## I. Nature of Action

1. This is an action for violations of the Electronic Funds Transfer Act and a state-law claim for negligence, due to Wells Fargo's refusal to reimburse for unauthorized Jamaica transfers on James Muskal's ATM/debit card for a period of 11 weeks, until Muskal's death in March 2025 at age 86. The transactions started while Muskal was hospitalized in Chicago – purportedly with use of his ATM card in rural Jamaica -- and continued after his death for many days. The transactions are obviously fraudulent – seven purchases over seven days at an auto store for $20,000; six purchases over three days for $4,600 at a hardware store; ATM withdrawals of $20,000 in January, $12,000 in gambling purchases, etc. Meanwhile, Muskal stayed in Chicago to comfort his ill wife who passed away in February 2025, and he was not even contacted by Wells Fargo to alert him of the potential fraud. The Wells Fargo claim that Muskal authorized these Jamaica transactions is baseless, and the Muskal Estate is entitled to relief under federal and state law.

EXHIBIT A

## II. Jurisdiction and Venue

2. Jurisdiction of this Court arises under 15 U.S.C. §1693m, 28 U.S.C. §§ 1331, 1337; and supplemental jurisdiction exists for the state law claim pursuant to 28 U.S.C. § 1367.

3. Venue lies properly in this district pursuant to 28 U.S.C. § 1391(b).

## III. Parties

4. Plaintiff Steven Muskal is the Cook County Illinois court-appointed Independent Administrator of the Estate of James B. Muskal and is authorized to act on behalf of the Muskal Estate to instigate this lawsuit to recover James B. Muskal's property.

5. Defendant Wells Fargo Bank, N.A., is a national banking association chartered under the laws of the United States with its primary place of business in Sioux Falls, South Dakota, and it has minimum contacts with the State of Illinois as it transacts business in the State of Illinois.

## IV. Facts

6. James B. Muskal ("Muskal") was a resident of Chicago and aged 86 at the relevant time herein. On December 24, 2024, he was admitted into a Chicago hospital and stayed there until December 31, 2024, as shown in the insurance document attached as Exhibit A.

7. Muskal had a bank account and ATM/debit card with Wells Fargo, and for the last eleven days of December 2024, Wells Fargo began allowing the unauthorized transfer of Muskal's funds to various ATMs in the town of Santa Cruz in Jamaica. Attached as Exhibit B is Muskal's December 2024 Wells Fargo statement showing 13 different

Jamaica ATM withdrawals from December 20-31, 2024, totaling over $5,000. None of these transfers were authorized.

8. On December 30, 2024, alone, Wells Fargo authorized three Jamaica ATM withdrawals totaling over $1,300. Muskal did not make or authorize these transfers as he was hospitalized in Chicago at the time. Ex. A.

9. The next day on December 31, 2024, Wells Fargo authorized an additional three Jamaica ATM withdrawals totaling almost $1,000. Muskal did not make or authorize these transfers as he was hospitalized in Chicago at the time. Ex. A.

10. These ATM withdrawals all took place in Santa Cruz, Jamaica, which is an inland, rural, poor town far from the coast or any tourist attractions, and a picture of downtown Santa Cruz is attached as Exhibit C.

11. Six ATM transactions over just two days totaling over $2,300 should have immediately raised the high possibility with Wells Fargo of an unauthorized fraudulent transactions taking place, particularly where all the withdrawals were taking place in a poor, rural, non-tourist foreign locale.

12. Nevertheless, Wells Fargo negligently allowed all these ATM transactions to take place, and continued to allow fraudsters full access to the Muskal account.

13. On information and belief, Wells Fargo also negligently failed to contact Muskal to inquire whether these Santa Cruz, Jamaica transactions were authorized after such suspicious activity, and had Wells Fargo done so all future unauthorized fraudulent transactions would have been avoided.

14. After his December 31, 2024, release from the hospital, Muskal lived at home in Chicago until his death, and he never traveled to Jamaica. On information and

belief, Muskal never traveled outside the Chicago area at all until his death on March 13, 2025.

15. Some of Muskal's time was spent visiting his extremely ill wife Cheryl who was in hospice care until her death on February 15, 2025. Her death certificate is attached as Exhibit D. Some of Muskal's time was spent arranging sales of furniture from his residence so he could downsize, and Muskal had several estate sales in January and February 2025 selling such furniture; and he met with estate sales agents often at his Chicago home.

16. Muskal at age 86 also had several health issues prior to his March 2025 passing that showed his presence in Chicago. He fulfilled a prescription in Chicago on January 20, 2025, in the exhibit attached as Exhibit E. Muskal also needed outpatient health assistance such as on March 7, 2025, in the exhibit attached as Exhibit F.

17. While Muskal stayed in Chicago in January 2025, Wells Fargo continued to allow unauthorized fraudulent transactions in Jamaica on Muskal's account as shown in the January 2025 Wells Fargo statement attached as Exhibit G. On almost every single day in January 2025, Wells Fargo allowed fraudulent unauthorized Santa Cruz Jamaica ATM withdrawals that averaged over $800 daily. Wells Fargo negligently allowed all these ATM transactions to take place, and also negligently failed to contact Muskal to inquire whether these Santa Cruz, Jamaica transactions were authorized after such suspicious activity.

18. In January 2025, Wells Fargo also allowed numerous unauthorized fraudulent transactions in Jamaica for purchases on the Muskal account using a card ending in 6511. Ex. G. On January 10, 2025 (recorded under January 13 on the Exhibit G

statement), Wells Fargo allowed three unauthorized transactions at the Lake Land Hardware store in Santa Cruz, Jamaica totaling over $2,000. On January 13, 2025, Wells Fargo allowed an additional three separate unauthorized transactions at the Lake Land Hardware store in Santa Cruz, Jamaica totaling over $2,600. Ex. G.

19. These six separate purchase transactions at the Lake Land Hardware store in Santa Cruz, Jamaica over just three days totaling over $4,600 should have immediately raised the high possibility with Wells Fargo of an unauthorized fraudulent transactions taking place, particularly where all the transactions were taking place in a poor, rural, non-tourist foreign locale. Wells Fargo negligently allowed all these transactions to take place, negligently failed to protect the account from future fraud, and also negligently failed to contact Muskal to inquire whether these Santa Cruz, Jamaica transactions were authorized after such suspicious activity.

20. Wells Fargo continued to allow unauthorized Jamaica transactions, including two further January 16, 2025 transactions at the Lake Land Hardware store in Santa Cruz totaling over $3,000. Ex. G. There was also an unauthorized Jamaica transaction that took place on January 20, 2025, (placed as 1/21 on the Exhibit G statement) for $2,460 which occurred on the same January 20 day that Muskal picked up his prescription medicine in Chicago. Ex. G and E.

21. On January 16, 2025, the most serious set of unauthorized transactions began taking place at the "Lake Land Auto Braes River" in Jamaica, which on information and belief is affiliated with the Lake Land Hardware store in Santa Cruz, Jamaica. Wells Fargo also allowed the following unauthorized fraudulent transactions for purchases on the Muskal account to take place at the "Lake Land Auto Braes River" in Jamaica:

a) $2,568 on January 15;

b) another $2,568 on January 15;

c) $2,557 on January 17;

d) another $2,557 on January 17;

e) $2,557 on January 21;

f) another $2,557 on January 21; and

g) $5,104 on January 22. Ex. G.

22. These seven separate purchase transactions at the Lake Land Auto Braes River" store in Santa Cruz, Jamaica over just seven days totaling over $20,000 should have immediately raised the high possibility with Wells Fargo of an unauthorized fraudulent transactions taking place, particularly where all the transactions were taking place in a poor, rural, non-tourist foreign locale. Wells Fargo negligently allowed all these transactions to take place, negligently failed to protect the account from future fraud, and also negligently failed to contact Muskal to inquire whether these Santa Cruz, Jamaica transactions were authorized after such suspicious activity.

23. On January 24 and 25, 2025 (listed in the statement on January 29), Wells Fargo allowed three unauthorized fraudulent Jamaica transactions for "Jn-Danny's Gaming" totaling over $7,300. Ex. G.

24. These three separate gambling transactions in Jamaica over two days totaling over $7,300 should have immediately raised the high possibility with Wells Fargo of an unauthorized fraudulent transactions taking place. Wells Fargo negligently allowed all these transactions to take place, negligently failed to protect the account from future

fraud, and also negligently failed to contact Muskal to inquire whether these Jamaica gambling transactions were authorized after such suspicious activity.

25. While Muskal stayed in Chicago in February 2025 and suffered through the death of his wife, Wells Fargo continued to allow numerous unauthorized fraudulent transactions in Jamaica as shown in the February 2025 Wells Fargo statement attached as Exhibit H.

26. Such fraudulent unauthorized charges included a $5,091 charge on February 15, 2025 (listed in the statement on February 18) to “Lake Land Auto Braes River” in Jamaica, which was allowed the same February day Muskal’s wife passed away. Ex. H. A second fraudulent unauthorized $5,091 charge was allowed on February 16, 2025 (listed in the statement on February 18) to “Lake Land Auto Braes River” in Jamaica, which was allowed the day after Muskal’s wife passed away and were not authorized by Muskal. Ex. H. A third fraudulent unauthorized $2,544 charge was allowed on February 19, 2025 (listed in the statement on February 20) to “Lake Land Auto Braes River” in Jamaica, which was allowed a few days after Muskal’s wife passed away. Ex. H.

27. These three separate purchase transactions at the Lake Land Auto Braes River store in Santa Cruz, Jamaica over just four days totaling over $12,500 should have immediately raised the high possibility with Wells Fargo of an unauthorized fraudulent transactions taking place, particularly where all the transactions were taking place in a poor, rural, non-tourist foreign locale. Wells Fargo negligently allowed all these transactions to take place, negligently failed to protect the account from future fraud, and also negligently failed to contact Muskal to inquire whether these Santa Cruz, Jamaica transactions were authorized after such suspicious activity.

28. On February 17, 2025 (listed in the statement on February 19), Wells Fargo allowed two unauthorized fraudulent Jamaica transactions for "Jn-Danny's Gaming" that were each $2,545, totaling $5,090. Ex. H. These transactions occurred two days after Muskal's wife passed away and were not authorized by Muskal.

29. These two separate gambling transactions in Jamaica on the same day totaling over $5,000 should have immediately raised the high possibility with Wells Fargo of an unauthorized fraudulent transactions taking place. Wells Fargo negligently allowed all these transactions to take place, negligently failed to protect the account from future fraud, and also negligently failed to contact Muskal to inquire whether these Jamaica gambling transactions were authorized after such suspicious activity.

30. While Muskal stayed in Chicago in March 2025 until his death on March 13, 2025, Wells Fargo continued to allow numerous unauthorized fraudulent transactions in Jamaica both before and after his death as shown in the March 2025 Wells Fargo activity statement attached as Exhibit I.

31. Wells Fargo allowed unauthorized March 2025 Jamaica transfers of Muskal's funds from ATMs prior to his passing (Ex. I), though Muskal remained in Chicago as shown by his outpatient visit on March 7, 2025. Ex. F. After Muskal's death on March 13, 2025, Wells Fargo continued to allow three unauthorized transfers of Muskal's funds from various ATMs in the town of Santa Cruz in Jamaica just as before. Ex. I. None of these transfers were authorized.

32. Muskal's son Steven Muskal was appointed administrator of Muskal's Estate, and in March 2025 after going through Muskal's papers and finding Muskal's Wells Fargo log-in information, Steven Muskal discovered the unauthorized transfers. No Wells

Fargo ATM or debit card was found on Muskal's person or at his residence, and the Wells Fargo statements do not show any authorized use of an ATM or debit card on the account in the United States. Ex. B, G, H, I.

33. After discovering the unauthorized transfers and deactivating the ATM card, on March 23, 2025 Steven submitted a claim to Wells Fargo to reimburse the Muskal account for the fraudulent unauthorized withdrawals and purchases from Jamaica. At this time and over the course of the next several months, Steven provided Wells Fargo of evidence of Muskal's December hospital stay, the ATM withdrawals after Muskal's death, and the other evidence detailed above showing that the Jamaica withdrawals and purchases were obviously fraudulent and unauthorized. In particular, Steven provided evidence it was physically impossible for Muskal to have made numerous Jamaica ATM withdrawls in December 2024 while Muskal was actually hospitalized in Chicago at the exact same time. And the post-death Jamaica ATM transactions also proved that a different individual was in possession of the ATM card to make those post-death transactions.

34. As shown in the attached Exhibit J, the unauthorized Jamaica transactions totaled $103,823, and the Muskal Estate has requested Wells Fargo return all these funds. Nevertheless, Wells Fargo has only reimbursed the unauthorized amounts withdrawn after Muskal's death, totaling less than $2,500. Wells Fargo has decided not to reimburse any of the other unauthorized Jamaican withdrawals and purchases, writing that "because the transactions were made using your card and Personal Identification Number (PIN), we found it was made by you or someone who had your permission. Please consider your claim closed."

35. Wells failed to reasonably investigate these unauthorized Jamaica transfers for numerous reasons as detailed under the official commentary for the Electronic Funds Transfer Act, 12 CFR Part 1005, Supplement I, Comment 11(c)-2, including: (1) the ACH transaction records for the transfers showing unauthorized fraudulent transfers in the time, scope and number of the transfers; (2) the location of the rural Jamaica transactions relative to the consumer's place of residence and habitual transaction area; (3) failure to investigate ATM cameras of third-party service providers for the ATM transactions; and (4) all the other information provided by the Muskal Estate appropriate to resolve the claim showing that Muskal could not have possibly made the rural Jamaica transactions while still in Chicago, or dead. The remaining funds owed by Wells Fargo under federal and state law for the unauthorized Jamaica transactions are in excess of $100,000, and such funds are personal property recoverable by the Muskal Estate and plaintiff under the Illinois Survival Act.

## COUNT I

## VIOLATION OF THE ELECTRONIC FUNDS TRANSFER ACT

36. Plaintiff incorporates the foregoing paragraphs 1-35 as though the same were set forth at length herein.

37. All of the transactions and transfers initiated from Jamaica in Muskal's Wells Fargo account from December 2024 to March 2025 were unauthorized.

38. The failure of Wells Fargo to correct this error of the unauthorized funds transfers and reimburse the Muskal account for all such unauthorized funds transfers has damaged Muskal and the Muskal Estate.

39. Pursuant to the Electronic Funds Transfer Act, 15 U.S.C. § 1693m, including 15 U.S.C. § 1693m(a) and (g), Defendant is liable to the Plaintiff for engaging in the following conduct:

(a) failing to perform a good faith investigation into the dispute and provide Plaintiff with the results of the investigation within ten business days in violation of 15 U.S.C. § 1693f(a) and 12 CFR 1005.11; and

(b) failing to correct the error created by the unauthorized electronic transfer from Muskal's account and reimburse accordingly in violation of 15 U.S.C. § 1693f(b).

40. Pursuant to 15 USCS § 1693m, Well Fargo is liable to plaintiff for

(a) all actual damages, including appropriate interest, for unauthorized funds not properly reimbursed;

(b) an additional $1,000 pursuant to 15 USCS § 1693m(a)(2)(A); and

(c) the costs of the action, together with a reasonable attorney's fee as determined by the court.

41. Pursuant to 15 U.S.C. § 1693f(e), Wells Fargo is additionally liable for treble damages in this action under 15 USCS § 1693m(a) and (g), because:

(a) Wells Fargo did not provisionally recredit Muskal's account within the statutory ten-day period and did not make a good faith investigation of the alleged error; and

(b) Wells Fargo did not provisionally recredit Muskal's account within the statutory ten-day period and did not have a reasonable basis for believing that the consumer's account was not in error; and

(c) Wells Fargo knowingly and willfully concluded that Muskal's account was not in error when such conclusion could not reasonably have been drawn from the evidence available to Wells Fargo at the time of its investigation.

42. The conduct of Defendant was a direct and proximate cause of serious injuries, actual damages and harm to Muskal that are outlined more fully above and, as a result, Defendant is liable to the Plaintiff for the full amount of actual, statutory and treble damages; along with the attorneys' fees and the costs of litigation, as well as such further relief as may be permitted by law.

**COUNT II**

**NEGLIGENCE**

43. Plaintiff incorporates the foregoing paragraphs 1-42 as if the same were set forth at length herein.

44. Wells Fargo as a bank has a duty to observe ordinary care in handling its customer's transactions.

45. Defendant violated its duty to Muskal and failed to use ordinary care in handling his transactions, and its negligence consists of the following:

(a) Violating the EFTA as stated above;

(b) Allowing the unauthorized Jamaica electronic fund transfer/purchases/withdrawals from Plaintiff's checking account; and

(c) Failing to warn Muskal of potential fraudulent activity in his checking account.

46. As a result of Defendant's above mentioned conduct, Muskal and the Muskal Estate sustained the losses and damages as set forth above.

47. The conduct of Defendant was a direct and proximate cause, as well as a substantial factor, in bringing about the serious injuries, damages and harm to Muskal and the Muskal Estate that are outlined more fully above and, as a result, Defendant is liable to compensate the Plaintiff for the full amount of actual and compensatory damages as well as such other relief permitted under the law.

**COUNT III**

**VIOLATION OF THE ILLINOIS CONSUMER FRAUD ACT**

48. Plaintiff incorporates the foregoing paragraphs 1-47 as though the same were set forth at length herein.

49. The Illinois Consumer Fraud and Deceptive Business Practices Act (the "Consumer Fraud Act") declares that unfair acts or practices are unlawful. 815 ILCS 505/2.

50. Wells' violations of the EFTA also constitute Consumer Fraud Act violations because (1) Wells' practices in violation of the EFTA offend public policy as established by the EFTA statute and the official commentary for the Electronic Funds Transfer Act, 12 CFR Part 1005, Supplement I, Comment 11(c)-2; (2) Wells' violations of the EFTA are immoral, unethical, oppressive, and unscrupulous by failing to reimburse consumers for fraud they have suffered due to Wells' negligence; and (3) Wells' violations of the EFTA cause substantial injury to consumers who are unreimbursed for fraud they have suffered due to Wells' negligence.

51. Defendant's violations of the Consumer Fraud Act were a direct and proximate cause, as well as a substantial factor, in bringing about the serious injuries, damages and harm to Muskal and the Muskal Estate that are outlined more fully above.

52. Defendant acted willfully, wantonly and in reckless disregard of the rights of others in violating the EFTA as detailed above so as to make punitive damages appropriate. Defendant failed to consider the circumstances that these transactions were obviously fraudulent by their type and nature, as well as by the fact that Muskal could not have not have possibly made the rural Jamaica transactions while still in Chicago, or dead at the time. Defendant also failed to conduct reasonable investigatory steps including observing ATM cameras of third-party service providers for the ATM transactions involved.

WHEREFORE, plaintiff respectfully requests compensatory damages, reimbursement of fees and costs pursuant to 815 ILCS 505/10(a)(c), appropriate prejudgment interest and postjudgment interest, punitive damages, and for any such other and further relief or alternate damages statutory or otherwise against the defendant as the Court deems equitable and just.

**Jury Trial Demand**

Plaintiff demands trial by jury on all issues so triable.

By:____/s/ Michael Steigmann_____
Attorney for Plaintiff

Michael Steigmann
150 S. Wacker Dr. #2400
Chicago, Illinois 60601
(312) 833-5945

# Your Inpatient Claims for Part A (Hospital Insurance)

Part A Inpatient Hospital Insurance helps pay for inpatient hospital care, inpatient care in a skilled nursing facility following a hospital stay, home health care, and hospice care.

## Definitions of Columns

**Benefit Days Used:** The number of covered benefit days you used during each hospital and/or skilled nursing facility stay. (See page 2 for more information and a summary of your benefit periods.)

**Claim Approved?:** This column tells you if Medicare covered the inpatient stay.

**Non-Covered Charges:** This is the amount Medicare didn't pay.

**Amount Medicare Paid:** This is the amount Medicare paid your inpatient facility.

**Maximum You May Be Billed:** The amount you may be billed for Part A services can include a deductible, coinsurance based on your benefit days used, and other charges.

For more information about Medicare Part A coverage, see your "Medicare & You" handbook.

## December 24 - December 31, 2024

**Presence Chicago Hospitals Netw, (773) 665-3000**
2900 N Lake Shore Dr, Chicago, IL 60657-5640
Referred by Ellen A. Wegner

| | Benefit Days Used | Claim Approved? | Non-Covered Charges | Amount Medicare Paid | Maximum You May Be Billed | S N B |
|---|---|---|---|---|---|---|
| Benefit period starting December 24, 2024 | 7 days | Yes - **adjusted** | $0.00 | $16,810.22 | **$1,632.00** | A |
| **Total for Claim #22506302480408ILAJ** | | | $0.00 | $16,810.22 | **$1,632.00** | C |

Contin

**Notes for Claims Above**

**A** Days are being subtracted from your total inpatient hospital benefits for this benefit period.

**B** $1,632.00 was applied to your inpatient deductible.

**C** The amount Medicare paid the provider for this claim is $16,810.22.

**D** This is an adjustment to a previously processed claim and/or deductible record.

**E** After your deductible and coinsurance were applied, the amount Medicare paid was reduced due t Federal, State and local rules.

EXHIBIT A

WELLS FARGO Premier

# Wells Fargo Premier Checking

Questions? Please contact us:

**Wells Fargo Premier Client Service**
Available 24 hours a day, 7 days a week
We accept all relay calls, including 711

*Phone:* **1-800-742-4932**
*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

JAMES B MUSKAL
1312 N ASTOR ST
CHICAGO IL 60610-2114

## Accounts linked to your Wells Fargo Premier Checking account:

### Bank Deposit Account(s)

| *Account (Account Number)* | *$ Balance* |
|---|---|
| Wells Fargo Premier Checking (xxx0840) **- Your primary account** | 612.86 |
| Your Qualification Balance this month: | $612.86 |

*Accounts linked in Summary will be provided a separate statement.*

EXHIBIT B

WELLS FARGO Premier

## Important Account Information

(A) If your Premier Checking account is closed or converted to another checking product, all linked accounts are delinked from the Premier Checking account and effective immediately, your Premier Checking relationship benefits no longer apply, including associated benefits to your now delinked accounts. You'll no longer receive discounts, options to avoid fees on other products or services, or the Relationship Interest Rate. Your delinked accounts will revert to the Bank's current applicable interest rate or fee at that time. For time accounts (CDs), this change will occur at renewal. (B) If you or we delink an account from your Premier Checking account, but other accounts remain linked, the loss of all benefits and the other consequences described above in (A) will immediately apply to the delinked account. Benefits available to your Premier Checking account and any remaining linked accounts will continue.

## Important Account Information

The balances within the "Accounts linked to your Wells Fargo Premier Checking account" section of your statement may not match your statement of record for investment products due to differences in statement periods between this statement and the statement for your investment products. This section shows balance information from (1) consumer bank deposit accounts, bank fiduciary and custody accounts, (2) investment accounts with Wells Fargo Advisors, which is a trade name used by Wells Fargo Clearing Services, LLC, and Wells Fargo Advisors Financial Network, LLC, Members SIPC, registered broker-dealers and separate non-bank affiliates of Wells Fargo & Company.

**Investment and Insurance Products are:**
**- Not Insured by the FDIC or Any Federal Government Agency**
**- Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate**
**- Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested**
Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.
RSNIP-02112025-5875154.1.1

## Other Wells Fargo Benefits

### 3 Things to watch out for when shopping online for the holidays

**1. Fake Fraud alerts.** Be careful if you receive a call or message about a fraudulent purchase. Always contact the merchant, your bank or card provider directly to verify.
**2. Bogus shipping notifications.** Look out for texts or emails that say there's an issue or problem with your package delivery. Don't click links or open attachments without verifying first.
**3. Questionable sellers or sites.** Watch out for sellers who pressure you to pay with a payment app, gift card or crypto. Only purchase concert and sporting events tickets from the original legitimate site. Be cautious of buying a new kitten or puppy from a social media ad. Meet the pet in person before paying.

Tip: Use a credit card to make online purchases if you can - it has additional security features built in.

### How to donate safely this holiday season

This holiday season, safely support your favorite causes and avoid charity scams. Before donating, research new charities using a resource like Better Business Bureau® or give.org.

WELLS FARGO Premier

# Wells Fargo Premier Checking

This is your primary checking account

## Statement period activity summary

| | |
|---|---|
| Balance on 12/1 | 28.11 |
| Deposits/Additions | 7,466.70 |
| Withdrawals/Subtractions | - 6,881.95 |
| **Balance on 12/31** | **$612.86** |

Account number: XXX**0840 (primary account)**
**JAMES B MUSKAL**
*Wells Fargo Bank, N.A. (Member FDIC)*
*ILLINOIS account terms and conditions apply*
Questions about your account: **1-800-742-4932**

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Interest earned this statement period | $0.00 |
| Average collected balance | $301.41 |
| Annual percentage yield earned | 0.00% |
| Interest paid this year | $0.00 |

## Transaction history

| *Date* | *Description* | *Check No.* | *Deposits/ Additions* | *Withdrawals/ Subtractions* | *Ending Daily Balance* |
|---|---|---|---|---|---|
| 12/2 | Instant Pmt From James B Muskal On 12/02 Ref#20241202021000021P1Brjpc03680204413 | | 138.00 | | |
| 12/2 | Rbc Bank (GA) Acctverify 000000009226960 X | | 0.01 | | |
| 12/2 | Rbc Bank (GA) Acctverify 000000009226960 X | | 0.19 | | |
| 12/2 | Purchase Authorized On 11/29 Pp*Apple.Com/Bill 402-935-7733 CA S464334313584148 Card 6511 | | | 20.92 | |
| 12/2 | Purchase Authorized On 11/29 Pp*Apple.Com/Bill 402-935-7733 CA S384334529375634 Card 6511 | | | 0.99 | 144.40 |
| 12/3 | Instant Pmt From James B Muskal On 12/03 Ref#20241203021000021P1Brjpc08720037353 | | 221.00 | | |
| 12/3 | Instant Pmt From James B Muskal On 12/03 Ref#20241203021000021P1Brjpc08720128006 | | 650.00 | | |
| 12/3 | Money Transfer Authorized On 12/03 Paypal *Alliedaye87 VISA Direct CA S584338718454643 Card 6511 | | | 874.95 | 140.45 |
| 12/4 | Instant Pmt From James B Muskal On 12/04 Ref#20241204021000021P1Brjpc08720010535 | | 100.00 | | |
| 12/4 | Merrill Lynch Funds Trfr Dec 04 54X15R34 120324 304818MR James B Muska | | 30.00 | | |
| 12/4 | Rbc Bank (Georgi P2P Muskal James B Muskal | | 325.00 | | |
| 12/4 | Purchase Authorized On 12/02 Paypal *Add to Bal 4029357733 CA S304338002377607 Card 6511 | | | 132.42 | 463.03 |
| 12/5 | Online Transfer From Rbc Bank (GA) Chk Xxxxx9958 J. Muskal Ref #F20Qghqtrb On 12/02/24 | | 30.00 | | |
| 12/5 | Online Transfer to Jpmorgan Chase Bank, NA Chk Xxxxxx0788 J. Muskal Ref #F20Qhkvdsg On 12/05/24 | | | 100.00 | 393.03 |
| 12/6 | Online Transfer to Jpmorgan Chase Bank, NA Chk Xxxxxx0788 J. Muskal Ref #F20Qhtyxqc On 12/06/24 | | | 250.00 | 143.03 |
| 12/10 | Paypal Inst Xfer 241210 1038865001813 James Muskal | | | 40.00 | 103.03 |
| 12/12 | Paypal Inst Xfer 241212 1038913444034 James Muskal | | | 30.00 | |
| 12/12 | American Express ACH Pmt 241212 M7052 James Muskal | | | 50.00 | 23.03 |
| 12/17 | Rbc Bank (Georgi P2P Muskal James B Muskal | | 210.00 | | |
| 12/17 | Purchase Authorized On 12/16 Paypal *Uber 402-935-7733 CA S464352046208204 Card 6511 | | | 9.99 | 223.04 |
| 12/19 | Instant Pmt From James B Muskal On 12/19 Ref#20241219021000021P1Brjpc02800181303 | | 50.00 | | |
| 12/19 | Zelle to Ahs Pools On 12/19 Ref #Rp0Yc8Ffrb Dec Invoice | | | 130.00 | 143.04 |
| 12/20 | Non-WF ATM Withdrawal Authorized On 12/20 *Bns 42 Main Street Santa Cruz Jam 304355436560428 ATM ID Jmn01381 Card 6511 | | | 133.09 | |
| 12/20 | International ATM Access Fee Reimbursement | | 4.56 | | 14.51 |
| 12/23 | Instant Pmt From James B Muskal On 12/23 Ref#20241223021000021P1Brjpc01680015824 | | 870.00 | | |

WELLS FARGO Premier

## => Wells Fargo Premier Checking (continued)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 12/23 | Rbc Bank (Georgi P2P Muskal James B Muskal | | 890.00 | | |
| 12/23 | Online Transfer to Jpmorgan Chase Bank, NA Chk Xxxxxx0788 J. Muskal Ref #F20Qp5J97C On 12/21/24 | | | 10.00 | |
| 12/23 | Non-WF ATM Withdrawal Authorized On 12/23 *Bns 42 Main Street Santa Cruz Jam 584358427375747 ATM ID Jmn01381 Card 6511 | | | 648.86 | |
| 12/23 | International ATM Access Fee Reimbursement | | 4.57 | | |
| 12/23 | Non-WF ATM Withdrawal Authorized On 12/23 *Bns 42 Main Street Santa Cruz Jam 384358428287015 ATM ID Jmn01381 Card 6511 | | | 197.86 | |
| 12/23 | International ATM Access Fee Reimbursement | | 4.57 | | 926.93 |
| 12/24 | Mspbna ACH Trnsfr 241223 125257416906 Xxxxx8649 | | 70.00 | | |
| 12/24 | Mspbna ACH Trnsfr 241223 125310300906 Xxxxx8649 | | 1,000.00 | | |
| 12/24 | Rbc Bank (Georgi P2P Muskal James B Muskal | | 10.00 | | |
| 12/24 | Non-WF ATM Withdrawal Authorized On 12/24 *Bns 42 Main Street Santa Cruz Jam 464359512516534 ATM ID Jmn01381 Card 6511 | | | 650.12 | |
| 12/24 | International ATM Access Fee Reimbursement | | 4.58 | | |
| 12/24 | Non-WF ATM Withdrawal Authorized On 12/24 *Bns 42 Main Street Santa Cruz Jam 584359514068047 ATM ID Jmn01381 Card 6511 | | | 327.35 | |
| 12/24 | International ATM Access Fee Reimbursement | | 4.58 | | |
| 12/24 | Jpmorgan Chase Ext Trnsfr 241224 23126956537 James B Muskal | | | 4.00 | 1,034.62 |
| 12/26 | Merrill Lynch Funds Trfr Dec 26 54X15R34 122424 215505MR James B Muska | | 14.00 | | |
| 12/26 | Mspbna ACH Trnsfr 241224 125402705906 Xxxxx8649 | | 70.00 | | |
| 12/26 | Non-WF ATM Withdrawal Authorized On 12/25 *Bns 42 Main Street Santa Cruz Jam 304360634274421 ATM ID Jmn01381 Card 6511 | | | 649.28 | |
| 12/26 | International ATM Access Fee Reimbursement | | 4.58 | | |
| 12/26 | Non-WF ATM Withdrawal Authorized On 12/25 *Bns 42 Main Street Santa Cruz Jam 384360635088084 ATM ID Jmn01381 Card 6511 | | | 326.93 | |
| 12/26 | International ATM Access Fee Reimbursement | | 4.58 | | 151.57 |
| 12/27 | Merrill Lynch Funds Trfr Dec 27 54X15R34 122624 383476MR James B Muska | | 100.00 | | |
| 12/27 | Mspbna ACH Trnsfr 241226 125496781906 Xxxxx8649 | | 700.00 | | 951.57 |
| 12/30 | Mspbna ACH Trnsfr 241227 125591469906 Xxxxx8649 | | 24.00 | | |
| 12/30 | Mspbna ACH Trnsfr 241227 125687656906 Xxxxx8649 | | 350.00 | | |
| 12/30 | Non-WF ATM Withdrawal Authorized On 12/27 *Bns 42 Main Street Santa Cruz Jam 304363128755130 ATM ID Jmn01381 Card 6511 | | | 650.54 | |
| 12/30 | International ATM Access Fee Reimbursement | | 4.59 | | |
| 12/30 | Non-WF ATM Withdrawal Authorized On 12/27 *Bns 42 Main Street Santa Cruz Jam 304363129752461 ATM ID Jmn01381 Card 6511 | | | 262.97 | |
| 12/30 | International ATM Access Fee Reimbursement | | 4.59 | | |
| 12/30 | Non-WF ATM Withdrawal Authorized On 12/30 *Bns 42 Main Street Santa Cruz Jam 464365441538385 ATM ID Jmn02441 Card 6511 | | | 392.16 | |
| 12/30 | International ATM Access Fee Reimbursement | | 4.59 | | 33.67 |
| 12/31 | Mspbna ACH Trnsfr 241230 125827777906 Xxxxx8649 | | 485.00 | | |
| 12/31 | Mspbna ACH Trnsfr 241230 125842816906 Xxxxx8649 | | 670.00 | | |
| 12/31 | Rbc Bank (Georgi P2P Muskal James B Muskal | | 400.00 | | |
| 12/31 | Recurring Payment Authorized On 12/28 Pp*Doordashdashpas 402-935-7733 CA S304364061946531 Card 6511 | | | 9.99 | |
| 12/31 | Non-WF ATM Withdrawal Authorized On 12/31 *Bns 42 Main Santa Cruz St Elizabeth Jam 304366484661993 ATM ID Jmn01084 Card 6511 | | | 648.45 | |
| 12/31 | International ATM Access Fee Reimbursement | | 4.57 | | |
| 12/31 | Non-WF ATM Withdrawal Authorized On 12/31 *Bns 42 Main Santa Cruz St Elizabeth Jam 384366487095436 ATM ID Jmn01084 Card 6511 | | | 165.54 | |

WELLS FARGO Premier

## => Wells Fargo Premier Checking (continued)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 12/31 | International ATM Access Fee Reimbursement | | 4.57 | | |
| 12/31 | Non-WF ATM Withdrawal Authorized On 12/31 *Bns 42 Main Santa Cruz St Elizabeth Jam 464366779782497 ATM ID Jmn01084 Card 6511 | | | 165.54 | |
| 12/31 | International ATM Access Fee Reimbursement | | 4.57 | | 612.86 |
| **Totals** | | | **$7,466.70** | **$6,881.95** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

---

### Important Account Information

ATM Cash Deposit Security Limitations

Effective November 6, 2024, the section of the Deposit Account Agreement titled "Depositing Funds," subsection titled "Our right to decline deposits," is deleted and replaced with the following:

#### Our right to decline deposits

We may decline all or part of a deposit, including cash, for any reason. This could happen, for example, if a payee isn't a co-owner, authorized signer, or authorized representative on your account, we can't verify an endorsement, the check was issued from a credit account, the dollar amount of the deposit, the check looks suspicious, or it's a non-U.S. item. If we decline a deposit that you mailed to us, we may return it to you at your cost (including charging you for postage and handling to return foreign currency coin or paper), or retain any invalid checks or other documents included in the deposit without crediting your account, at our discretion. There are limits on the total dollar amount of checks that can be deposited at Wells Fargo ATMs per transaction. We may decline ATM check deposits that exceed $1 million. For security reasons there may also be limits on the dollar amount or frequency of cash deposits you can make at Wells Fargo ATMs.

If we cannot verify an endorsement, we can also decline to pay, cash, or send the item for collection. We can require that all endorsers be present and that you deposit the item instead of cashing it.

Non-account owners are not allowed to deposit cash into consumer accounts. For business accounts, any person wanting to make a cash deposit must provide an acceptable form of identification before we accept a cash deposit.

---

### Important Account Information

#### Wells Fargo Deposit Account Agreement: Changes To Consumer Arbitration Agreement And Other Dispute Resolution Provisions

Effective November 6, 2024, we are updating the Wells Fargo Deposit Account Agreement. This includes changes to the dispute resolution provisions. Wells Fargo greatly values and appreciates its relationships with its customers. These changes are designed to ensure that in the unlikely event that a dispute arises between us, that there are streamlined procedures in place to ensure a fair and efficient process in arbitration.

The changes to the arbitration agreement applicable to Consumer Accounts ("Arbitration Agreement" or "Agreement") can be found at pp. 38-39 of the Wells Fargo Deposit Account Agreement, including: (a) the party initiating arbitration must sign the arbitration demand and include certain information in its demand; (b) any party may request to have the arbitration conducted by a video or in-person hearing or through written submissions, with certain exceptions; (c) like in federal court,

WELLS FARGO Premier

## => Wells Fargo Premier Checking (continued)

the arbitrator may issue sanctions or order cost shifting under certain circumstances consistent with the Federal Rules of Civil Procedure; (d) all issues are for the arbitrator to decide, except that issues relating to whether an arbitration agreement exists or whether a dispute falls within that agreement, or whether the agreement is enforceable, are for a court to decide; and (e) a small claims court will determine whether a dispute falls within its jurisdiction if a party chooses to have a claim brought to such a court.

The updates also include changes to the Additional Terms and Services, located at pp. 42-43 of the Wells Fargo Deposit Account Agreement, including: (a) modifications to the class action waiver applicable in arbitration and litigation; and (b) the addition of a venue provision noting that if the Arbitration Agreement is ever deemed not applicable, then, except for disputes brought in small claims court, the parties consent to the jurisdiction of the state or federal courts in the state whose laws govern the consumer's account.

The revised Deposit Account Agreement, effective November 6, 2024, is available at www.wellsfargo.com/online-banking/consumer-account-fees/, by calling the Bank at the number listed on your account statement, or by visiting a branch.

---

**Important Account Information**

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

---

**Important Account Information**

Effective from January 1, 2025 to December 31, 2027:
In the section of the Consumer Account Fee and Information Schedule and in the section of the Business Account Fee and Information Schedule titled "Service Fees," under subsection titled "ATM and debit cards [1]," section "Non-Wells Fargo ATM Fees [2]" is deleted and replaced with the following:

Non-Wells Fargo ATM Fees [2]
Cash withdrawal transaction - U.S./U.S. territories [3], * $3.00 each
Cash withdrawal transaction - International $5.00 each

* For accounts opened in or assigned to a branch located in the state of Illinois, each fee period we will waive our non-Wells Fargo ATM cash withdrawal transaction fee for up to three cash withdrawals from non-Wells Fargo ATMs in the U.S. (Fees charged by non-Wells Fargo ATM operators or networks may still apply.) In addition, each fee period we will reimburse up to three fees charged by non-Wells Fargo ATM operators or networks for cash withdrawals in the U.S. Your account may provide additional fee waivers and reimbursements. Please review information about your account in the applicable Fee and Information Schedule for details.

2. Non-Wells Fargo ATMs are ATMs that are not owned or operated by Wells Fargo or are not prominently branded with the Wells Fargo name and logo.

3. U.S. includes the 50 states and the District of Columbia as well as the U.S. territories of American Samoa, Guam, Northern Mariana Islands, Puerto Rico, U.S. Minor Outlying Islands, and U.S. Virgin Islands.

---

**Important Account Information**

The Wells Fargo Premier Checking account has a $35 monthly service fee which can be avoided each fee period with $250,000 or more in statement-ending qualifying linked (a) consumer bank deposit account balances (checking, savings,

WELLS FARGO Premier

## => Wells Fargo Premier Checking (continued)

time accounts (CDs), FDIC-insured IRAs) and (b) investment account balances (investments available through our brokerage affiliate Wells Fargo Advisors*,**, and applicable bank fiduciary and custody accounts.) Wells Fargo may waive the monthly service fee at its discretion for promotional or other purposes. Refer to the Wells Fargo Bank Consumer Account Fee and Information Schedule at wellsfargo.com/online-banking/consumer-account-fees/ for further information about the Premier Checking account and applicable bank fees.

*Investment products and services are offered through Wells Fargo Advisors. Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC (WFCS) and Wells Fargo Advisors Financial Network, LLC, Members SIPC, separate registered broker-dealers and non-bank affiliates of Wells Fargo & Company.
**Certain investments or investment accounts are not eligible for linking.

**Investment and Insurance Products are:**
**- Not Insured by the FDIC or Any Federal Government Agency**
**- Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate**
**- Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested**
Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.
RSNIP-05152025-6101308.1.1

---

### Other Wells Fargo Benefits

**Help take control of your finances with a Wells Fargo personal loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**

---

### Important Account Information

**Exclusive Wells Fargo Premier Client Events**
As a Wells Fargo Premier client, you may have access to a variety of events featuring industry specialists and thought leaders. Visit wellsfargo.com/premierevents to learn more.

WELLS FARGO Premier

## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:**

  Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **If your account has a negative balance:**

  Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- **In case of errors or questions about your electronic transfers:**

  Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

- **In case of errors or questions about other transactions (that are not electronic transfers):**

  Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- **Early Pay Day information**

  With Early Pay Day, we may make funds from certain eligible direct deposits available for your use up to two days before we receive the funds from your payor. The Bank does not guarantee that any direct deposits will be made available before the date scheduled by the payor, and early availability of funds may vary between direct deposits from the same payor. When funds are made available early, this will be reflected in your account's available balance. Direct deposits made available early with Early Pay Day will not increase your account's ending daily balance, and will not count towards applicable options to avoid your account's monthly service fee, until the deposit posts to your account and is no longer pending (e.g., the pay date scheduled by your payor). Determinations about whether we will authorize and pay transactions and assess overdraft fees are based on an account's available balance. For example, using funds added to your available balance by Early Pay Day may lead to a negative ending daily balance showing on your account and statement while your available balance remains positive and no overdraft fees or returned items result. For interest-bearing accounts, interest on your incoming direct deposit will begin accruing on the business day we receive credit for the deposit from your payor's bank. For additional information about Early Pay Day, please refer to your Deposit Account Agreement.

- To download and print an Account Balance Calculation Worksheet (PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

Deposit and credit products offered by Wells Fargo Bank, N.A., Member FDIC.
©2021 Wells Fargo Bank, N.A., All rights reserved. NMLSR ID 399801




EXHIBIT C

Cheryl_Collins_Muskal

File Edit View ← 23 of 46 → Log in Sign up

Help

Page 1 of 2 Edit Mark up Sign a copy 100%

CERTIFICATION OF DEATH RECORD

THE WORD VOID APPEARS WHEN PHOTOCOPIED

HOLD UP TO LIGHT TO VERIFY TRUE WATERMARK

**COOK COUNTY CLERK VITAL RECORDS**
**CHICAGO, ILLINOIS**
**MEDICAL CERTIFICATE OF DEATH**

STATE FILE NUMBER 2025 0022731 DATE ISSUED 3/17/2025

| | | | |
|---|---|---|---|
| DECEDENT'S LEGAL NAME: CHERYL CANDACE COLLINS MUSKAL | SEX: FEMALE | DATE OF DEATH: FEBRUARY 15, 2025 | |
| COUNTY OF DEATH: COOK | AGE AT LAST BIRTHDAY: 79 YEARS | DATE OF BIRTH: MARCH 25, 1945 | |
| CITY OR TOWN: CHICAGO | HOSPITAL OR OTHER INSTITUTION NAME: ILLINOIS MASONIC MEDICAL CENTER | | |
| PLACE OF DEATH: INPATIENT | | | |
| BIRTHPLACE: SAYRE, PA | SOCIAL SECURITY NUMBER: 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 | STATUS AT TIME OF DEATH: MARRIED | SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME: JAMES BROWN MUSKAL; EVER IN U.S. ARMED FORCES? NO |
| RESIDENCE: 1312 N ASTOR | APT. NO.: | CITY OR TOWN: CHICAGO | INSIDE CITY LIMITS? YES |
| COUNTY: COOK; STATE: IL; ZIP CODE: 60610 | FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION: RICHARD COLLINS | MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION: ANN KLINGENSMITH | |
| INFORMANT'S NAME: JAMES BROWN MUSKAL | RELATIONSHIP: SPOUSE | MAILING ADDRESS: 1312 N ASTOR, CHICAGO, IL. 60610 | |
| METHOD OF DISPOSITION: CREMATION | PLACE OF DISPOSITION: FOREST CREMATORY | LOCATION - CITY OR TOWN AND STATE: HOMEWOOD, IL | DATE OF DISPOSITION: MARCH 13, 2025 |
| FUNERAL HOME: CREMATION SOCIETY OF ILLINOIS - LAKEVIEW, 3824 NORTH CLARK STREET, CHICAGO, IL, 60613 | | | |
| FUNERAL DIRECTOR'S NAME: MARY ELIZABETH SULLIVAN | FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER: 034016111 | | |
| LOCAL REGISTRAR'S NAME: MONICA GORDON | DATE FILED WITH LOCAL REGISTRAR: MARCH 13, 2025 | | |

**CAUSE OF DEATH** PART I.
IMMEDIATE CAUSE (Final disease or condition resulting in death)
a. CARDIAC ARREST
Due to (or as a consequence of):
b. ACUTE RESPIRATORY DISTRESS SYNDROME
Due to (or as a consequence of):
c. PNEUMONIA
Due to (or as a consequence of):

APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH

PART II. Enter other *significant conditions contributing to death* but not resulting in the underlying cause given in PART I.

| | | | |
|---|---|---|---|
| WAS AN AUTOPSY PERFORMED? NO | WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? N/A | | |
| FEMALE PREGNANCY STATUS: NOT APPLICABLE | MANNER OF DEATH: NATURAL | | |
| DATE OF INJURY: | TIME OF INJURY: | PLACE OF INJURY: | INJURY AT WORK? |
| LOCATION OF INJURY: | | | |
| DESCRIBE HOW INJURY OCCURRED: | IF TRANSPORTATION INJURY, SPECIFY: | | |
| ATTEND THE DECEASED? NO | DATE LAST SEEN ALIVE: UNKNOWN | WAS MEDICAL EXAMINER OR CORONER CONTACTED? NO | DATE PRONOUNCED: ; TIME OF DEATH: 12:39 AM |
| CERTIFIER: PHYSICIAN | DATE CERTIFIED: MARCH 11, 2025 | | |
| NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH: LAUREN ABLANALP, 636 W WELLINGTON, CHICAGO, ILLINOIS, 60657 | PHYSICIAN'S LICENSE NUMBER: 036160084 | | |

3744088

SEAL OF THE STATE OF ILLINOIS AUG. 26th 1818

This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

Monica Gordon

Monica Gordon
Office of the Cook County Clerk

COOK COUNTY ILLINOIS

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

EXHIBIT D


TEL: 312-280-8140
RX: 1638518
QTY: 90
REFILL: 0 Refills
PRSCBR: J. Nee
DATE FILLED: 1/20/25
DISCARD AFTER: 1/20/26
TECH: KP
This is a PINK, ROUND-shaped TABLET imprinted with LUPIN on the front and 20 on the back


James
Muskal
LISINOPRIL
20 MG TABLET
Take 1 tablet by
daily

EXHIBIT E

STATEMENT

Illinois Center for Digestive & Liver Health
200 FOX GLEN CT
BARRINGTON IL 60010-1809

8am - 5pm
Phone: 847-382-7165

COMPLETE AND RETURN IF PAYING BY CREDIT CARD

CARD NUMBER | SECURITY CODE

NAME ON CARD (PLEASE PRINT) | EXP. DATE

SIGNATURE | AMOUNT

| STATEMENT DATE | ACCOUNT # | AMOUNT DUE |
|---|---|---|
| 11/12/25 | 147253 | $131.11 |

01368

01368

James Muskal
3625 Strata Dr
Carlsbad CA 92010-6589

MAKE CHECK PAYABLE AND REMIT TO:

Illinois Center for Digestive & Liver Health
200 FOX GLEN CT
BARRINGTON IL 60010-1809

DETACH TOP PORTION AND RETURN WITH PAYMENT IN ENCLOSED ENVELOPE

| DATE | CODE | DESCRIPTION | CHARGE | PAYMENT/ADJ | BALANCE |
|---|---|---|---|---|---|
| 03/07/25 | | Patient: James B Muskal, Account Num: 147253 | | | |
| 03/07/25 | | Claim:327653, Provider: George N. Atia, MD | | | |
| 03/07/25 | | Facility: THE IL CENTER FOR DIGESTIVE AND LI HEALTH - LB | | | |
| 03/07/25 | | OFCOUTPT VISIT EM ESTAB MODHI SEVER | $265.00 | | |
| 04/22/25 | | MEDICARE ILLINOIS Payment | | $0.00 | |
| 04/22/25 | | MEDICARE ILLINOIS Adjustment | | $133.89 | |
| 04/22/25 | | Your Balance Due On These Services ... | | | $131.11 |
| | | Your account is now 90 days past due and in pre-collection status. Please call our office to avoid further collection activity | | | |

**Account Information**

| | |
|---|---|
| Statement Date: | 11/12/2025 |
| Account: | 147253 |
| Patient: | James Muskal |
| **Patient Balance:** | **$131.11** |

**DUE NOW**

**$131.11**

MAIL TOP PORTION OF THIS STATEMENT ALONG WITH YOUR PAYMENT OR CREDIT CARD INFORMATION
OR
CALL OUR OFFICE TO PAY BY PHONE
847-382-7165

**Online Payments** - If you would like to make your payment online please visit "https://www.patientnotebook.com/icdlh" and log in using your account number and this statement ID "1655215834".

EXHIBIT F

ICFDLH01-1128294-0000000-17945397-001-000110-#002872-0995

WELLS FARGO Premier

# Wells Fargo Premier Checking

Questions? Please contact us:

**Wells Fargo Premier Client Service**
Available 24 hours a day, 7 days a week
We accept all relay calls, including 711

*Phone:* **1-800-742-4932**
*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

JAMES B MUSKAL
1312 N ASTOR ST
CHICAGO IL 60610-2114

## Accounts linked to your Wells Fargo Premier Checking account:

### Bank Deposit Account(s)

| *Account (Account Number)* | *$ Balance* |
|---|---|
| Wells Fargo Premier Checking (XXX0840) **- Your primary account** | -932.39 |

Your Qualification Balance this month: -$932.39

*Accounts linked in Summary will be provided a separate statement.*



EXHIBIT G

WELLS FARGO Premier

## Important Account Information

(A) If your Premier Checking account is closed or converted to another checking product, all linked accounts are delinked from the Premier Checking account and effective immediately, your Premier Checking relationship benefits no longer apply, including associated benefits to your now delinked accounts. You'll no longer receive discounts, options to avoid fees on other products or services, or the Relationship Interest Rate. Your delinked accounts will revert to the Bank's current applicable interest rate or fee at that time. For time accounts (CDs), this change will occur at renewal. (B) If you or we delink an account from your Premier Checking account, but other accounts remain linked, the loss of all benefits and the other consequences described above in (A) will immediately apply to the delinked account. Benefits available to your Premier Checking account and any remaining linked accounts will continue.

## Important Account Information

The balances within the "Accounts linked to your Wells Fargo Premier Checking account" section of your statement may not match your statement of record for investment products due to differences in statement periods between this statement and the statement for your investment products. This section shows balance information from (1) consumer bank deposit accounts, bank fiduciary and custody accounts, (2) investment accounts with Wells Fargo Advisors, which is a trade name used by Wells Fargo Clearing Services, LLC, and Wells Fargo Advisors Financial Network, LLC, Members SIPC, registered broker-dealers and separate non-bank affiliates of Wells Fargo & Company.

**Investment and Insurance Products are:**
**- Not Insured by the FDIC or Any Federal Government Agency**
**- Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate**
**- Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested**
Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.
RSNIP-07092026-7513668.1.1

## Other Wells Fargo Benefits

### Update your account security settings

The new year is a great time to make sure your security settings are up to date. Take a few minutes now to update your passwords, ensure we have your current contact information (mobile phone number, email), set up or fine tune account alerts*, and enable biometric sign on for the Wells Fargo Mobile® app, if you haven't done so yet. Learn more at www.wellsfargo.com/securitytools.

*Sign-up may be required. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply.

WELLS FARGO Premier

# Wells Fargo Premier Checking

This is your primary checking account

## Statement period activity summary

| | |
|---|---|
| Balance on 1/1 | 612.86 |
| Deposits/Additions | 64,241.09 |
| Withdrawals/Subtractions | - 65,786.34 |
| **Balance on 1/31** | **-$932.39** |

Account number: XXX**0840** **(primary account)**
**JAMES B MUSKAL**

*Wells Fargo Bank, N.A. (Member FDIC)*

*ILLINOIS account terms and conditions apply*

Questions about your account: **1-800-742-4932**

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.07 |
| Interest earned this statement period | $0.07 |
| Average collected balance | $8,706.73 |
| Annual percentage yield earned | 0.01% |
| Interest paid this year | $0.07 |
| Total interest paid in **2024** | $0.00 |

## Transaction history

| *Date* | *Description* | *Check No.* | *Deposits/ Additions* | *Withdrawals/ Subtractions* | *Ending Daily Balance* |
|---|---|---|---|---|---|
| 1/2 | Mspbna ACH Trnsfr 241231 125944462906 Xxxxx8649 | | 50.00 | | |
| 1/2 | Mspbna ACH Trnsfr 241231 125895321906 Xxxxx8649 | | 70.00 | | |
| 1/2 | Mspbna ACH Trnsfr 241231 125906032906 Xxxxx8649 | | 200.00 | | |
| 1/2 | Mspbna ACH Trnsfr 241231 125929299906 Xxxxx8649 | | 500.00 | | |
| 1/2 | Non-WF ATM Withdrawal Authorized On 01/01 *Bns 42 Main Street Santa Cruz Jam 585001528562596 ATM ID Jmn01381 Card 6511 | | | 586.32 | |
| 1/2 | International ATM Access Fee Reimbursement | | 4.59 | | |
| 1/2 | Online Transfer to Jpmorgan Chase Bank, NA Chk Xxxxxx0788 J. Muskal Ref #F20Qsvkwfn On 01/02/25 | | | 600.00 | 251.13 |
| 1/3 | Merrill Lynch Funds Trfr Jan 03 54X15R34 010225 549852MR James B Muska | | 3,000.00 | | |
| 1/3 | Non-WF ATM Withdrawal Authorized On 01/03 *Bns 42 Main Santa Cruz St Elizabeth Jam 385003432075904 ATM ID Jmn01084 Card 6511 | | | 651.17 | |
| 1/3 | International ATM Access Fee Reimbursement | | 4.59 | | |
| 1/3 | Non-WF ATM Withdrawal Authorized On 01/03 *Bns 42 Main Santa Cruz St Elizabeth Jam 305003432889254 ATM ID Jmn01084 Card 6511 | | | 327.88 | |
| 1/3 | International ATM Access Fee Reimbursement | | 4.59 | | 2,281.26 |
| 1/6 | Non-WF ATM Withdrawal Authorized On 01/04 *Bns 42 Main Street Santa Cruz Jam 465004424725997 ATM ID Jmn01381 Card 6511 | | | 648.86 | |
| 1/6 | International ATM Access Fee Reimbursement | | 4.57 | | |
| 1/6 | Non-WF ATM Withdrawal Authorized On 01/04 *Bns 42 Main Street Santa Cruz Jam 305004425625045 ATM ID Jmn01381 Card 6511 | | | 326.72 | |
| 1/6 | International ATM Access Fee Reimbursement | | 4.57 | | |
| 1/6 | Non-WF ATM Withdrawal Authorized On 01/05 *Bns 42 Main Street Santa Cruz Jam 465005377018344 ATM ID Jmn02441 Card 6511 | | | 971.01 | |
| 1/6 | International ATM Access Fee Reimbursement | | 4.57 | | |
| 1/6 | Non-WF ATM Withdrawal Authorized On 01/06 *Bns 42 Main Santa Cruz St Elizabeth Jam 305006427083055 ATM ID Jmn01084 Card 6511 | | | 320.28 | |
| 1/6 | International ATM Access Fee Reimbursement | | 4.57 | | 32.67 |
| 1/7 | Money Transfer Authorized On 01/07 From Green Dot Corporation CA S585008055139550 Card 6511 | | 500.00 | | |
| 1/7 | Money Transfer Authorized On 01/07 From Green Dot Corporation CA S465008056966848 Card 6511 | | 500.00 | | |
| 1/7 | Rbc Bank (Georgi P2P Muskal James B Muskal | | 500.00 | | |

WELLS FARGO Premier

## => Wells Fargo Premier Checking (continued)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 1/7 | Rbc Bank (Georgi P2P Muskal James B Muskal | | 1,000.00 | | |
| 1/7 | Rbc Bank (Georgi P2P Muskal James B Muskal | | 2,500.00 | | |
| 1/7 | Non-WF ATM Withdrawal Authorized On 01/07 *Bns 42 Main Street Santa Cruz Jam 585008063285887 ATM ID Jmn02441 Card 6511 | | | 967.89 | |
| 1/7 | International ATM Access Fee Reimbursement | | 4.56 | | 4,069.34 |
| 1/8 | Non-WF ATM Withdrawal Authorized On 01/08 *Bns 42 Main Street Santa Cruz Jam 305008433130279 ATM ID Jmn02441 Card 6511 | | | 967.89 | |
| 1/8 | International ATM Access Fee Reimbursement | | 4.56 | | 3,106.01 |
| 1/9 | Rbc Bank (Georgi P2P Muskal James B Muskal | | 15,000.00 | | |
| 1/9 | Non-WF ATM Withdrawal Authorized On 01/09 *Bns 42 Main Street Santa Cruz Jam 385009424845864 ATM ID Jmn01381 Card 6511 | | | 645.95 | |
| 1/9 | International ATM Access Fee Reimbursement | | 4.55 | | |
| 1/9 | Non-WF ATM Withdrawal Authorized On 01/09 *Bns 42 Main Street Santa Cruz Jam 465009425867628 ATM ID Jmn01381 Card 6511 | | | 325.25 | |
| 1/9 | International ATM Access Fee Reimbursement | | 4.55 | | 17,143.91 |
| 1/10 | Rbc Bank (Georgi P2P Muskal James B Muskal | | 15,000.00 | | |
| 1/10 | Non-WF ATM Withdrawal Authorized On 01/10 *Bns 42 Main Street Santa Cruz Jam 465010381867506 ATM ID Jmn02441 Card 6511 | | | 966.65 | |
| 1/10 | International ATM Access Fee Reimbursement | | 4.55 | | 31,181.81 |
| 1/13 | Purchase Intl Authorized On 01/10 Lake Land Hardware St Elizabeth Jam S465010671753137 Card 6511 | | | 962.09 | |
| 1/13 | Purchase Intl Authorized On 01/10 Lake Land Hardware St Elizabeth Jam S465010672718956 Card 6511 | | | 668.57 | |
| 1/13 | Purchase Intl Authorized On 01/10 Lake Land Hardware St Elizabeth Jam S465010675894779 Card 6511 | | | 436.09 | |
| 1/13 | Non-WF ATM Withdrawal Authorized On 01/11 *Bns 42 Main Street Santa Cruz Jam 385011409292541 ATM ID Jmn01381 Card 6511 | | | 645.95 | |
| 1/13 | International ATM Access Fee Reimbursement | | 4.55 | | |
| 1/13 | Non-WF ATM Withdrawal Authorized On 01/11 *Bns 42 Main Street Santa Cruz Jam 305011410732894 ATM ID Jmn01381 Card 6511 | | | 325.25 | |
| 1/13 | International ATM Access Fee Reimbursement | | 4.55 | | |
| 1/13 | Purchase Intl Authorized On 01/11 Lake Land Hardware St Elizabeth Jam S305011499104612 Card 6511 | | | 481.28 | |
| 1/13 | Purchase Intl Authorized On 01/11 Lake Land Hardware St Elizabeth Jam S465011500608320 Card 6511 | | | 1,282.79 | |
| 1/13 | Purchase Intl Authorized On 01/11 Lake Land Hardware St Elizabeth Jam S305011500897492 Card 6511 | | | 962.09 | |
| 1/13 | Non-WF ATM Withdrawal Authorized On 01/12 *Bns 42 Main Street Santa Cruz Jam 385012491830301 ATM ID Jmn02441 Card 6511 | | | 966.65 | |
| 1/13 | International ATM Access Fee Reimbursement | | 4.55 | | |
| 1/13 | Purchase Intl Authorized On 01/12 Lake Land Auto Braes River Jam S465012556283151 Card 6511 | | | 32.07 | |
| 1/13 | Non-WF ATM Withdrawal Authorized On 01/13 *Bns 42 Main Street Santa Cruz Jam 585013372471069 ATM ID Jmn02441 Card 6511 | | | 966.65 | |
| 1/13 | International ATM Access Fee Reimbursement | | 4.55 | | |
| 1/13 | Hong Kong Neteas Iat Paypal 250113 1039551975823 James Muskal | | | 49.99 | 23,420.54 |
| 1/14 | Mspbna ACH Trnsfr 250113 127027306906 Xxxxx8649 | | 1,000.00 | | |
| 1/14 | Purchase Authorized On 01/11 Paypal *Walmart CO 800-925-6278 CA S465012199635934 Card 6511 | | | 39.68 | |
| 1/14 | Purchase Authorized On 01/12 Pp*Apple.Com/Bill 402-935-7733 CA S305012313909980 Card 6511 | | | 9.91 | |
| 1/14 | Purchase Intl Authorized On 01/13 C A Parchment & So Southfield P Jam S305013581121938 Card 6511 | | | 614.43 | |
| 1/14 | Purchase Intl Authorized On 01/13 Gayle's Aggregate Southfield P Jam S385013599740874 Card 6511 | | | 2,466.17 | |

WELLS FARGO Premier

## => Wells Fargo Premier Checking (continued)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 1/14 | Non-WF ATM Withdrawal Authorized On 01/14 *Bns Main Street Juncti Elizabeth Jam 385014448216064 ATM ID Jmn01076 Card 6511 | | | 967.89 | |
| 1/14 | International ATM Access Fee Reimbursement | | 4.56 | | 20,327.02 |
| 1/15 | Purchase Authorized On 01/13 Pp*Apple.Com/Bill 402-935-7733 CA S385013400592586 Card 6511 | | | 11.01 | |
| 1/15 | Purchase Authorized On 01/13 Pp*Doordash Devild 402-935-7733 CA S585013774771003 Card 6511 | | | 18.20 | |
| 1/15 | Purchase Intl Authorized On 01/14 Lake Land Auto Braes River Jam S305014753612931 Card 6511 | | | 2,568.88 | |
| 1/15 | Purchase Intl Authorized On 01/14 Lake Land Auto Braes River Jam S305014760704341 Card 6511 | | | 2,568.88 | |
| 1/15 | Non-WF ATM Withdrawal Authorized On 01/15 *Bns Main Street Juncti Elizabeth Jam 465015451257932 ATM ID Jmn01076 Card 6511 | | | 969.76 | |
| 1/15 | International ATM Access Fee Reimbursement | | 4.57 | | 14,194.86 |
| 1/16 | Purchase Intl Authorized On 01/15 Lake Land Hardware St Elizabeth Jam S585015512019791 Card 6511 | | | 2,683.15 | |
| 1/16 | Purchase Intl Authorized On 01/15 Lake Land Hardware St Elizabeth Jam S305015518186858 Card 6511 | | | 399.40 | |
| 1/16 | Purchase Intl Authorized On 01/15 Lake Land Auto Braes River Jam S305015523070100 Card 6511 | | | 1,093.88 | |
| 1/16 | Purchase Intl Authorized On 01/15 Gayle's Aggregate Southfield P Jam S465015738514235 Card 6511 | | | 667.85 | |
| 1/16 | Non-WF ATM Withdrawal Authorized On 01/16 *Bns Tony Rowe Plaza Junction Jam 585016445366310 ATM ID Jmn01561 Card 6511 | | | 963.56 | |
| 1/16 | International ATM Access Fee Reimbursement | | 4.54 | | 8,391.56 |
| 1/17 | Instant Pmt From James B Muskal On 01/17 Ref#20250117021000021P1Brjpc06880041373 | | 2,000.00 | | |
| 1/17 | Purchase Authorized On 01/15 Pp*Apple.Com/Bill 402-935-7733 CA S385015451318268 Card 6511 | | | 11.01 | |
| 1/17 | Purchase Authorized On 01/16 Paypal *Uber 402-935-7733 CA S585016622190020 Card 6511 | | | 9.99 | |
| 1/17 | Purchase Intl Authorized On 01/16 Lake Land Auto Braes River Jam S305016625434186 Card 6511 | | | 2,557.38 | |
| 1/17 | Purchase Intl Authorized On 01/16 Lake Land Auto Braes River Jam S465016625695295 Card 6511 | | | 2,557.38 | |
| 1/17 | Non-WF ATM Withdrawal Authorized On 01/17 *Bns Tony Rowe Plaza Junction Jam 385017454746656 ATM ID Jmn01561 Card 6511 | | | 962.94 | |
| 1/17 | International ATM Access Fee Reimbursement | | 4.54 | | 4,297.40 |
| 1/21 | Instant Pmt From James B Muskal On 01/18 Ref#20250118021000021P1Brjpc06960009551 | | 3,000.00 | | |
| 1/21 | Instant Pmt From James B Muskal On 01/18 Ref#20250118021000021P1Brjpc09440103800 | | 3,500.00 | | |
| 1/21 | Instant Pmt From James B Muskal On 01/20 Ref#20250120021000021P1Brjpc01280113121 | | 5,000.00 | | |
| 1/21 | Instant Pmt From James B Muskal On 01/20 Ref#20250120021000021P1Brjpc05760113171 | | 1,200.00 | | |
| 1/21 | Mspbna ACH Trnsfr 250117 127480679906 Xxxxx8649 | | 125.00 | | |
| 1/21 | Purchase Authorized On 01/17 Paypal *T Mobile T 402-935-7733 CA S385017572981226 Card 6511 | | | 103.00 | |
| 1/21 | Non-WF ATM Withdrawal Authorized On 01/18 *Bns Tony Rowe Plaza Junction Jam 385018446700986 ATM ID Jmn01561 Card 6511 | | | 963.56 | |
| 1/21 | International ATM Access Fee Reimbursement | | 4.54 | | |
| 1/21 | Purchase Intl Authorized On 01/18 Lake Land Auto Braes River Jam S585018620900088 Card 6511 | | | 2,557.38 | |
| 1/21 | Purchase Intl Authorized On 01/18 Lake Land Auto Braes River Jam S465018621414678 Card 6511 | | | 2,557.38 | |
| 1/21 | Non-WF ATM Withdrawal Authorized On 01/19 *Bns 42 Main Santa Cruz St Elizabeth Jam 465019501683090 ATM ID Jmn01084 Card 6511 | | | 643.88 | |
| 1/21 | International ATM Access Fee Reimbursement | | 4.54 | | |

WELLS FARGO Premier

## => Wells Fargo Premier Checking (continued)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 1/21 | Non-WF ATM Withdrawal Authorized On 01/19 *Bns 42 Main Santa Cruz St Elizabeth Jam 385019502931709 ATM ID Jmn01084 Card 6511 | | | 324.21 | |
| 1/21 | International ATM Access Fee Reimbursement | | 4.54 | | |
| 1/21 | Non-WF ATM Withdrawal Authorized On 01/20 *Bns 42 Main Street Santa Cruz Jam 385020392151503 ATM ID Jmn02441 Card 6511 | | | 963.56 | |
| 1/21 | International ATM Access Fee Reimbursement | | 4.54 | | |
| 1/21 | Purchase Intl Authorized On 01/20 Gold Mart Mandevil Mandeville Jam S305020717213196 Card 6511 | | | 2,460.20 | |
| 1/21 | Purchase Intl Authorized On 01/20 Rubis- Bird's Stat Mandeville Jam S305020733237954 Card 6511 | | | 63.93 | |
| 1/21 | Purchase Intl Authorized On 01/20 Fuel City Limited Mandeville Jam S585020743776878 Card 6511 | | | 95.90 | |
| 1/21 | Non-WF ATM Withdrawal Authorized On 01/21 *Bns Main Street Juncti Elizabeth Jam 465021574509180 ATM ID Jmn01076 Card 6511 | | | 961.71 | |
| 1/21 | International ATM Access Fee Reimbursement | | 4.53 | | 5,450.38 |
| 1/22 | Instant Pmt From James B Muskal On 01/22 Ref#20250122021000021P1Brjpc06960023468 | | 5,000.00 | | |
| 1/22 | Instant Pmt From James B Muskal On 01/22 Ref#20250122021000021P1Brjpc01280073842 | | 800.00 | | |
| 1/22 | Instant Pmt From James B Muskal On 01/22 Ref#20250122021000021P1Brjpc06960163531 | | 63.94 | | |
| 1/22 | Purchase Intl Authorized On 01/21 Lake Land Auto Braes River Jam S305021542744827 Card 6511 | | | 5,104.97 | 6,209.35 |
| 1/23 | Merrill Lynch Funds Trfr Jan 23 54X15R34 012225 231050MR James B Muska | | 3,100.00 | | 9,309.35 |
| 1/24 | Non-WF ATM Withdrawal Authorized On 01/24 *Bns Main Street Juncti Elizabeth Jam 385024759431866 ATM ID Jmn01076 Card 6511 | | | 963.56 | |
| 1/24 | International ATM Access Fee Reimbursement | | 4.54 | | 8,350.33 |
| 1/27 | Instant Pmt From James B Muskal On 01/25 Ref#20250125021000021P1Brjpc01280039162 | | 250.00 | | |
| 1/27 | Instant Pmt From James B Muskal On 01/25 Ref#20250125021000021P1Brjpc02240031436 | | 250.00 | | |
| 1/27 | Purchase Authorized On 01/22 Paypal *Norton 877-294-5265 AZ S385022789737338 Card 6511 | | | 63.74 | |
| 1/27 | Purchase Authorized On 01/23 Paypal *Norton 877-294-5265 AZ S465023575058053 Card 6511 | | | 1.86 | |
| 1/27 | Purchase Authorized On 01/24 Paypal *Norton 877-294-5265 AZ S585024502137450 Card 6511 | | | 74.36 | |
| 1/27 | Non-WF ATM Withdrawal Authorized On 01/25 *Bns 42 Main Street Santa Cruz Jam 585025649855590 ATM ID Jmn02441 Card 6511 | | | 963.93 | |
| 1/27 | International ATM Access Fee Reimbursement | | 4.54 | | |
| 1/27 | Non-WF ATM Withdrawal Authorized On 01/27 *Bns Tony Rowe Plaza Junction Jam 305027413501727 ATM ID Jmn01561 Card 6511 | | | 375.50 | |
| 1/27 | International ATM Access Fee Reimbursement | | 4.54 | | 7,380.02 |
| 1/29 | Purchase Intl Authorized On 01/24 Jn-Danny's Gaming Hop#9, Lane J Jam S465024682372330 Card 6511 | | | 3,196.73 | |
| 1/29 | Purchase Intl Authorized On 01/25 Jn-Danny's Gaming Hop#9, Lane J Jam S585025738773996 Card 6511 | | | 3,197.96 | |
| 1/29 | Purchase Intl Authorized On 01/25 Jn-Danny's Gaming Hop#9, Lane J Jam S465025739253548 Card 6511 | | | 959.39 | |
| 1/29 | Non-WF ATM Withdrawal Authorized On 01/29 *Bns 42 Main Street Santa Cruz Jam 585029671152833 ATM ID Jmn01381 Card 6511 | | | 962.94 | |
| 1/29 | International ATM Access Fee Reimbursement | | 4.54 | | -932.46 |
| 1/31 | Interest Payment | | 0.07 | | -932.39 |
| **Totals** | | | **$64,241.09** | **$65,786.34** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

WELLS FARGO Premier

## => Wells Fargo Premier Checking (continued)

---

### Important Account Information

#### Wells Fargo Deposit Account Agreement: Changes To Consumer Arbitration Agreement And Other Dispute Resolution Provisions

Effective November 6, 2024, we are updating the Wells Fargo Deposit Account Agreement. This includes changes to the dispute resolution provisions. Wells Fargo greatly values and appreciates its relationships with its customers. These changes are designed to ensure that in the unlikely event that a dispute arises between us, that there are streamlined procedures in place to ensure a fair and efficient process in arbitration.

The changes to the arbitration agreement applicable to Consumer Accounts ("Arbitration Agreement" or "Agreement") can be found at pp. 38-39 of the Wells Fargo Deposit Account Agreement, including: (a) the party initiating arbitration must sign the arbitration demand and include certain information in its demand; (b) any party may request to have the arbitration conducted by a video or in-person hearing or through written submissions, with certain exceptions; (c) like in federal court, the arbitrator may issue sanctions or order cost shifting under certain circumstances consistent with the Federal Rules of Civil Procedure; (d) all issues are for the arbitrator to decide, except that issues relating to whether an arbitration agreement exists or whether a dispute falls within that agreement, or whether the agreement is enforceable, are for a court to decide; and (e) a small claims court will determine whether a dispute falls within its jurisdiction if a party chooses to have a claim brought to such a court.

The updates also include changes to the Additional Terms and Services, located at pp. 42-43 of the Wells Fargo Deposit Account Agreement, including: (a) modifications to the class action waiver applicable in arbitration and litigation; and (b) the addition of a venue provision noting that if the Arbitration Agreement is ever deemed not applicable, then, except for disputes brought in small claims court, the parties consent to the jurisdiction of the state or federal courts in the state whose laws govern the consumer's account.

The revised Deposit Account Agreement, effective November 6, 2024, is available at www.wellsfargo.com/online-banking/consumer-account-fees/, by calling the Bank at the number listed on your account statement, or by visiting a branch.

---

### Important Account Information

#### Provision of Emergency Services to Wells Fargo Visa Debit Card Holders

We provide certain emergency services to our Wells Fargo Visa debit card holders, including a Cardholder Inquiry Service, Emergency Card Replacement, and Lost/Stolen Card Reporting. To obtain emergency services related to your Wells Fargo Visa Debit Card, please call the toll-free or international collect-call telephone number on the back of your card.

---

### Important Account Information

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

---

### Important Account Information

The Wells Fargo Premier Checking account has a $35 monthly service fee which can be avoided each fee period with $250,000 or more in statement-ending qualifying linked (a) consumer bank deposit account balances (checking, savings, time accounts (CDs), FDIC-insured IRAs) and (b) investment account balances (investments available through our brokerage

WELLS FARGO Premier

## => Wells Fargo Premier Checking (continued)

affiliate Wells Fargo Advisors*,**, and applicable bank fiduciary and custody accounts.) Wells Fargo may waive the monthly service fee at its discretion for promotional or other purposes. Refer to the Wells Fargo Bank Consumer Account Fee and Information Schedule at wellsfargo.com/online-banking/consumer-account-fees/ for further information about the Premier Checking account and applicable bank fees.

*Investment products and services are offered through Wells Fargo Advisors. Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC (WFCS) and Wells Fargo Advisors Financial Network, LLC, Members SIPC, separate registered broker-dealers and non-bank affiliates of Wells Fargo & Company.
**Certain investments or investment accounts are not eligible for linking.

**Investment and Insurance Products are:**
**- Not Insured by the FDIC or Any Federal Government Agency**
**- Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate**
**- Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested**
Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.
RSNIP-07092026-7513678.1.1

---

**Other Wells Fargo Benefits**

**Help take control of your finances with a Wells Fargo personal loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**

---

**Important Account Information**

**Exclusive Wells Fargo Premier Client Events**
As a Wells Fargo Premier client, you may have access to a variety of events featuring industry specialists and thought leaders. Visit wellsfargo.com/premierevents to learn more.

WELLS FARGO Premier

## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:**

  Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **If your account has a negative balance:**

  Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- **In case of errors or questions about your electronic transfers:**

  Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

- **In case of errors or questions about other transactions (that are not electronic transfers):**

  Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- **Early Pay Day information**

  With Early Pay Day, we may make funds from certain eligible direct deposits available for your use up to two days before we receive the funds from your payor. The Bank does not guarantee that any direct deposits will be made available before the date scheduled by the payor, and early availability of funds may vary between direct deposits from the same payor. When funds are made available early, this will be reflected in your account's available balance. Direct deposits made available early with Early Pay Day will not increase your account's ending daily balance, and will not count towards applicable options to avoid your account's monthly service fee, until the deposit posts to your account and is no longer pending (e.g., the pay date scheduled by your payor). Determinations about whether we will authorize and pay transactions and assess overdraft fees are based on an account's available balance. For example, using funds added to your available balance by Early Pay Day may lead to a negative ending daily balance showing on your account and statement while your available balance remains positive and no overdraft fees or returned items result. For interest-bearing accounts, interest on your incoming direct deposit will begin accruing on the business day we receive credit for the deposit from your payor's bank. For additional information about Early Pay Day, please refer to your Deposit Account Agreement.

- To download and print an Account Balance Calculation Worksheet (PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

Deposit and credit products offered by Wells Fargo Bank, N.A., Member FDIC.
©2021 Wells Fargo Bank, N.A., All rights reserved. NMLSR ID 399801

WELLS FARGO Premier

# Wells Fargo Premier Checking

Questions? Please contact us:

**Wells Fargo Premier Client Service**
Available 24 hours a day, 7 days a week
We accept all relay calls, including 711

*Phone:* **1-800-742-4932**
*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

JAMES B MUSKAL
1312 N ASTOR ST
CHICAGO IL 60610-2114

## Accounts linked to your Wells Fargo Premier Checking account:

### Bank Deposit Account(s)

| *Account (Account Number)* | *$ Balance* |
|---|---|
| Wells Fargo Premier Checking (XXX0840) **- Your primary account** | 113.55 |

Your Qualification Balance this month: $113.55

*Accounts linked in Summary will be provided a separate statement.*



EXHIBIT H

WELLS FARGO Premier

## Important Account Information

(A) If your Premier Checking account is closed or converted to another checking product, all linked accounts are delinked from the Premier Checking account and effective immediately, your Premier Checking relationship benefits no longer apply, including associated benefits to your now delinked accounts. You'll no longer receive discounts, options to avoid fees on other products or services, or the Relationship Interest Rate. Your delinked accounts will revert to the Bank's current applicable interest rate or fee at that time. For time accounts (CDs), this change will occur at renewal. (B) If you or we delink an account from your Premier Checking account, but other accounts remain linked, the loss of all benefits and the other consequences described above in (A) will immediately apply to the delinked account. Benefits available to your Premier Checking account and any remaining linked accounts will continue.

## Important Account Information

The balances within the "Accounts linked to your Wells Fargo Premier Checking account" section of your statement may not match your statement of record for investment products due to differences in statement periods between this statement and the statement for your investment products. This section shows balance information from (1) consumer bank deposit accounts, bank fiduciary and custody accounts, (2) investment accounts with Wells Fargo Advisors, which is a trade name used by Wells Fargo Clearing Services, LLC, and Wells Fargo Advisors Financial Network, LLC, Members SIPC, registered broker-dealers and separate non-bank affiliates of Wells Fargo & Company.

**Investment and Insurance Products are:**
**- Not Insured by the FDIC or Any Federal Government Agency**
**- Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate**
**- Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested**
Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.
RSNIP-07092026-7513668.1.1

## Other Wells Fargo Benefits

### File your taxes early to help prevent identity theft

Early filing helps prevent someone else from filing taxes in your name.
Find other tips at wellsfargo.com/spottaxscams

### A new twist on romance scams

Scammers make friends with you on social media, then offer to show you how to invest in crypto.
**Watch for:** Promises of big returns, help with downloading a crypto app, or requests to wire money.

WELLS FARGO Premier

# Wells Fargo Premier Checking

This is your primary checking account

## Statement period activity summary

| | |
|---|---|
| Balance on 2/1 | -932.39 |
| Deposits/Additions | 49,068.58 |
| Withdrawals/Subtractions | - 48,022.64 |
| **Balance on 2/28** | **$113.55** |

Account number: XXX**0840** **(primary account)**
**JAMES B MUSKAL**
*Wells Fargo Bank, N.A. (Member FDIC)*
*ILLINOIS account terms and conditions apply*
Questions about your account: **1-800-742-4932**

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.07 |
| Interest earned this statement period | $0.07 |
| Average collected balance | $8,203.21 |
| Annual percentage yield earned | 0.01% |
| Interest paid this year | $0.14 |
| Total interest paid in **2024** | $0.00 |

## Transaction history

| *Date* | *Description* | *Check No.* | *Deposits/ Additions* | *Withdrawals/ Subtractions* | *Ending Daily Balance* |
|---|---|---|---|---|---|
| 2/11 | Deposit | | 38,692.00 | | 37,759.61 |
| 2/13 | Non-WF ATM Withdrawal Authorized On 02/13 *Bns Tony Rowe Plaza Junction Jam 305044450376277 ATM ID Jmn01561 Card 6511 | | | 963.56 | |
| 2/13 | International ATM Access Fee Reimbursement | | 4.54 | | |
| 2/13 | Withdrawal Made In A Branch/Store | | | 143.72 | |
| 2/13 | Money Transfer Authorized On 02/13 Paypal *Muskal James VISA Direct CA S585044693584096 Card 6511 | | | 100.00 | |
| 2/13 | Money Transfer Authorized On 02/13 Paypal *Muskal James VISA Direct CA S305044694609648 Card 6511 | | | 100.00 | 36,456.87 |
| 2/14 | Purchase Authorized On 02/13 Pp*Apple.Com/Bill 402-935-7733 CA S385044458089720 Card 6511 | | | 11.01 | |
| 2/14 | Non-WF ATM Withdrawal Authorized On 02/14 *Bns Tony Rowe Plaza Junction Jam 465045423133134 ATM ID Jmn01561 Card 6511 | | | 959.88 | |
| 2/14 | International ATM Access Fee Reimbursement | | 4.52 | | 35,490.50 |
| 2/18 | Instant Pmt From James B Muskal On 02/15 Ref#20250215021000021P1Brjpc01200124760 | | 500.00 | | |
| 2/18 | Instant Pmt From James B Muskal On 02/15 Ref#20250215021000021P1Brjpc00320135699 | | 200.00 | | |
| 2/18 | Instant Pmt From James B Muskal On 02/16 Ref#20250216021000021P1Brjpc00640018013 | | 200.00 | | |
| 2/18 | Instant Pmt From James B Muskal On 02/18 Ref#20250218021000021P1Brjpc09360027427 | | 200.00 | | |
| 2/18 | Instant Pmt From James B Muskal On 02/18 Ref#20250218021000021P1Brjpc01200028055 | | 110.00 | | |
| 2/18 | Instant Pmt From James B Muskal On 02/18 Ref#20250218021000021P1Brjpc01200028587 | | 27.00 | | |
| 2/18 | Online Transfer to Jpmorgan Chase Bank, NA Chk Xxxxxx0788 J. Muskal Ref #F20Rbg8Jpf On 02/15/25 | | | 5,000.00 | |
| 2/18 | Non-WF ATM Withdrawal Authorized On 02/15 *Bns Tony Rowe Plaza Junction Jam 465046459361659 ATM ID Jmn01561 Card 6511 | | | 959.26 | |
| 2/18 | International ATM Access Fee Reimbursement | | 4.52 | | |
| 2/18 | Purchase Intl Authorized On 02/15 Lake Land Auto Braes River Jam S385046766221592 Card 6511 | | | 5,091.98 | |
| 2/18 | Non-WF ATM Withdrawal Authorized On 02/16 *Bns 42 Main Street Santa Cruz Jam 305047508063615 ATM ID Jmn02441 Card 6511 | | | 959.26 | |
| 2/18 | International ATM Access Fee Reimbursement | | 4.52 | | |

WELLS FARGO Premier

## => Wells Fargo Premier Checking (continued)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 2/18 | Purchase Intl Authorized On 02/16 Lake Land Auto Braes River Jam S305047565319656 Card 6511 | | | 5,091.98 | |
| 2/18 | Purchase Authorized On 02/17 Pp*Apple.Com/Bill 402-935-7733 CA S465048399149531 Card 6511 | | | 11.01 | |
| 2/18 | Non-WF ATM Withdrawal Authorized On 02/17 *Bns 42 Main Street Santa Cruz Jam 385048431498870 ATM ID Jmn02441 Card 6511 | | | 959.26 | |
| 2/18 | International ATM Access Fee Reimbursement | | 4.52 | | |
| 2/18 | Money Transfer Authorized On 02/17 Paypal *Muskal James VISA Direct CA S305048812398715 Card 6511 | | | 50.00 | |
| 2/18 | Non-WF ATM Withdrawal Authorized On 02/18 *Bns Tony Rowe Plaza Junction Jam 385049413126831 ATM ID Jmn01561 Card 6511 | | | 959.26 | |
| 2/18 | International ATM Access Fee Reimbursement | | 4.52 | | |
| 2/18 | WT Seq209950 Hj Service Consulting L /Bnf=Hj Service Consulting LLC Srf# Ow00005404525530 Trn#250218209950 Rfb# Ow00005404525530 | | | 10,000.00 | |
| 2/18 | Money Transfer Authorized On 02/18 Paypal *Muskal James VISA Direct CA S305049712908316 Card 6511 | | | 25.00 | |
| 2/18 | Paypal Inst Xfer 250218 1040370596857 James Muskal | | | 98.00 | 7,540.57 |
| 2/19 | Instant Pmt From James B Muskal On 02/19 Ref#20250219021000021P1Brjpc01200012772 | | 3,000.00 | | |
| 2/19 | Instant Pmt From James B Muskal On 02/19 Ref#20250219021000021P1Brjpc09360090398 | | 1,700.00 | | |
| 2/19 | Purchase Intl Authorized On 02/17 Jn-Danny's Gaming Hop#9, Lane J Jam S465048805201749 Card 6511 | | | 2,545.99 | |
| 2/19 | Purchase Intl Authorized On 02/17 Jn-Danny's Gaming Hop#9, Lane J Jam S465049021250801 Card 6511 | | | 2,545.99 | |
| 2/19 | Money Transfer Authorized On 02/18 Paypal *Muskal James VISA Direct CA S465050077443276 Card 6511 | | | 50.00 | |
| 2/19 | Money Transfer Authorized On 02/19 Paypal *Muskal James VISA Direct CA S385050389903420 Card 6511 | | | 100.00 | |
| 2/19 | Money Transfer Authorized On 02/19 Paypal *Muskal James VISA Direct CA S385050405345998 Card 6511 | | | 50.00 | |
| 2/19 | Money Transfer Authorized On 02/19 Paypal *Muskal James VISA Direct CA S585050841351710 Card 6511 | | | 100.00 | |
| 2/19 | Money Transfer Authorized On 02/19 Paypal *Muskal James VISA Direct CA S385050841561884 Card 6511 | | | 50.00 | |
| 2/19 | Money Transfer Authorized On 02/19 Paypal *Muskal James VISA Direct CA S465050841801364 Card 6511 | | | 50.00 | |
| 2/19 | Money Transfer Authorized On 02/19 Paypal *Muskal James VISA Direct CA S465050851122458 Card 6511 | | | 100.00 | |
| 2/19 | Money Transfer Authorized On 02/19 Paypal *Muskal James VISA Direct CA S385050851303043 Card 6511 | | | 50.00 | |
| 2/19 | Money Transfer Authorized On 02/19 Paypal *Muskal James VISA Direct CA S385050851533061 Card 6511 | | | 100.00 | |
| 2/19 | Money Transfer Authorized On 02/19 Paypal *Muskal James VISA Direct CA S585050851805734 Card 6511 | | | 100.00 | |
| 2/19 | Money Transfer Authorized On 02/19 Paypal *Muskal James VISA Direct CA S385050853309774 Card 6511 | | | 100.00 | |
| 2/19 | Money Transfer Authorized On 02/19 Paypal *Muskal James VISA Direct CA S585050853456293 Card 6511 | | | 100.00 | |
| 2/19 | Money Transfer Authorized On 02/19 Paypal *Muskal James VISA Direct CA S305050853665694 Card 6511 | | | 50.00 | |
| 2/19 | Non-WF ATM Withdrawal Authorized On 02/19 *Bns 42 Main Street Santa Cruz Jam 585051034490467 ATM ID Jmn02441 Card 6511 | | | 958.65 | |
| 2/19 | International ATM Access Fee Reimbursement | | 4.52 | | 5,194.46 |
| 2/20 | Purchase Intl Authorized On 02/19 R S Gamble (1998) Kingston 13 Jam S385050646507440 Card 6511 | | | 1,915.59 | |
| 2/20 | Purchase Intl Authorized On 02/19 Rosebud Transport Manchester Jam S465050712462924 Card 6511 | | | 638.53 | |
| 2/20 | Purchase Intl Authorized On 02/19 Lake Land Auto Braes River Jam S465050825630686 Card 6511 | | | 2,544.37 | |
| 2/20 | Paypal Inst Xfer 250220 1040411008096 James Muskal | | | 98.00 | -2.03 |

WELLS FARGO Premier

## => Wells Fargo Premier Checking (continued)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 2/21 | Instant Pmt From Paypal On 02/21 Ref#20250221021000021P1Brjpc01200042409 | | 147.37 | | 145.34 |
| 2/24 | Instant Pmt From Paypal On 02/23 Ref#20250223021000021P1Brjpc00640025560 | | 147.37 | | |
| 2/24 | Instant Pmt From Paypal On 02/23 Ref#20250223021000021P1Brjpc09360062013 | | 49.12 | | |
| 2/24 | Instant Pmt From Paypal On 02/23 Ref#20250223021000021P1Brjpc08000129359 | | 862.74 | | |
| 2/24 | Money Transfer Authorized On 02/21 Paypal *Muskal James VISA Direct CA S305053084590230 Card 6511 | | | 100.00 | |
| 2/24 | Non-WF ATM Withdrawal Authorized On 02/22 *Bns Tony Rowe Plaza Junction Jam 305053540960937 ATM ID Jmn01561 Card 6511 | | | 323.38 | |
| 2/24 | International ATM Access Fee Reimbursement | | 4.53 | | |
| 2/24 | Non-WF ATM Withdrawal Authorized On 02/22 *Bns Tony Rowe Plaza Junction Jam 465053541862583 ATM ID Jmn01561 Card 6511 | | | 323.38 | |
| 2/24 | International ATM Access Fee Reimbursement | | 4.53 | | |
| 2/24 | Non-WF ATM Withdrawal Authorized On 02/22 *Bns Junction Branch Jm Jam 305053544205356 ATM ID Jmn02671 Card 6511 | | | 323.38 | |
| 2/24 | International ATM Access Fee Reimbursement | | 4.53 | | |
| 2/24 | Non-WF ATM Withdrawal Authorized On 02/23 *Bns Tony Rowe Plaza Junction Jam 305054518986596 ATM ID Jmn01561 Card 6511 | | | 961.10 | |
| 2/24 | International ATM Access Fee Reimbursement | | 4.53 | | |
| 2/24 | Money Transfer Authorized On 02/23 Paypal *Muskal James VISA Direct CA S305054604247691 Card 6511 | | | 100.00 | |
| 2/24 | Money Transfer Authorized On 02/23 Paypal *Muskal James VISA Direct CA S305054605302103 Card 6511 | | | 100.00 | |
| 2/24 | Money Transfer Authorized On 02/23 Paypal *Muskal James VISA Direct CA S305054605665456 Card 6511 | | | 100.00 | |
| 2/24 | Money Transfer Authorized On 02/23 Paypal *Muskal James VISA Direct CA S465054660993857 Card 6511 | | | 100.00 | |
| 2/24 | Money Transfer Authorized On 02/23 Paypal *Muskal James VISA Direct CA S585054827189002 Card 6511 | | | 300.00 | |
| 2/24 | Non-WF ATM Withdrawal Authorized On 02/24 *Bns Tony Rowe Plaza Junction Jam 465055565483854 ATM ID Jmn01561 Card 6511 | | | 961.10 | |
| 2/24 | International ATM Access Fee Reimbursement | | 4.53 | | |
| 2/24 | Money Transfer Authorized On 02/24 Paypal *Muskal James VISA Direct CA S305055803789845 Card 6511 | | | 600.00 | -3,065.12 |
| 2/26 | SSA Treas 310 Xxsoc Sec 022625 Xxxxx6015A SSA James Muskal | | 3,178.60 | | 113.48 |
| 2/28 | Interest Payment | | 0.07 | | 113.55 |
| **Totals** | | | **$49,068.58** | **$48,022.64** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

---

### Important Account Information

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

---

### Important Account Information

WELLS FARGO Premier

## => Wells Fargo Premier Checking (continued)

The Wells Fargo Premier Checking account has a $35 monthly service fee which can be avoided each fee period with $250,000 or more in statement-ending qualifying linked (a) consumer bank deposit account balances (checking, savings, time accounts (CDs), FDIC-insured IRAs) and (b) investment account balances (investments available through our brokerage affiliate Wells Fargo Advisors*,**, and applicable bank fiduciary and custody accounts.) Wells Fargo may waive the monthly service fee at its discretion for promotional or other purposes. Refer to the Wells Fargo Bank Consumer Account Fee and Information Schedule at wellsfargo.com/online-banking/consumer-account-fees/ for further information about the Premier Checking account and applicable bank fees.

*Investment products and services are offered through Wells Fargo Advisors. Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC (WFCS) and Wells Fargo Advisors Financial Network, LLC, Members SIPC, separate registered broker-dealers and non-bank affiliates of Wells Fargo & Company.
**Certain investments or investment accounts are not eligible for linking.

**Investment and Insurance Products are:**
**- Not Insured by the FDIC or Any Federal Government Agency**
**- Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate**
**- Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested**
Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.
RSNIP-07092026-7513678.1.1

---

**Other Wells Fargo Benefits**

**Help take control of your finances with a Wells Fargo personal loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**

---

**Important Account Information**

**Exclusive Wells Fargo Premier Client Events**
As a Wells Fargo Premier client, you may have access to a variety of events featuring industry specialists and thought leaders. Visit wellsfargo.com/premierevents to learn more.

WELLS FARGO Premier

## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:**

  Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **If your account has a negative balance:**

  Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- **In case of errors or questions about your electronic transfers:**

  Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

- **In case of errors or questions about other transactions (that are not electronic transfers):**

  Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- **Early Pay Day information**

  With Early Pay Day, we may make funds from certain eligible direct deposits available for your use up to two days before we receive the funds from your payor. The Bank does not guarantee that any direct deposits will be made available before the date scheduled by the payor, and early availability of funds may vary between direct deposits from the same payor. When funds are made available early, this will be reflected in your account's available balance. Direct deposits made available early with Early Pay Day will not increase your account's ending daily balance, and will not count towards applicable options to avoid your account's monthly service fee, until the deposit posts to your account and is no longer pending (e.g., the pay date scheduled by your payor). Determinations about whether we will authorize and pay transactions and assess overdraft fees are based on an account's available balance. For example, using funds added to your available balance by Early Pay Day may lead to a negative ending daily balance showing on your account and statement while your available balance remains positive and no overdraft fees or returned items result. For interest-bearing accounts, interest on your incoming direct deposit will begin accruing on the business day we receive credit for the deposit from your payor's bank. For additional information about Early Pay Day, please refer to your Deposit Account Agreement.

- To download and print an Account Balance Calculation Worksheet (PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

Deposit and credit products offered by Wells Fargo Bank, N.A., Member FDIC.
©2021 Wells Fargo Bank, N.A., All rights reserved. NMLSR ID 399801

Wells Fargo Premier

PREMIER CHECKING
Account
...0840
Routing numbers

$2,233.87
Available balance

**Account & balance info**

| | |
|---|---|
| Current posted balance | $20.68 |
| Pending withdrawals/debits | -$965.41 |
| Pending deposits/credits | +$3,178.60 |
| Available balance | **$2,233.87** |
| Account fees quick view | |

## Activity

First
Previous
Next

**Wells Fargo Premier**

**Authorized Transactions** *Note: Debit card transaction amounts may change.*

| | | | |
|---|---|---|---|
| 03/25/25 | SSA TREAS 310 XXSOC SEC 032625 XXXXX6015A | $3,178.60 | |
| 03/24/25 | ATM *BNS 42 MAIN SANTA CRUZ JAM CARD6511 | | $965.41 |

**'osted Transactions**

| | | | |
|---|---|---|---|
| 03/21/25 | INTERNATIONAL ATM ACCESS FEE REIMBURSEMENT | $4.58 | |
| 03/21/25 | NON-WF ATM WITHDRAWAL AUTHORIZED ON 03/20 *BNS 42 MAIN SANTA CRUZ ST ELIZABETH JAM 385080042855155 ATM ID JMN01084 CARD 6511 | | $211.03 |
| 03/21/25 | PURCHASE AUTHORIZED ON 03/19 PP*APPLE.COM/BILL 402-935-7733 CA S585078366794045 CARD 6511 | | $53.95 |
| 03/20/25 | MONEY TRANSFER AUTHORIZED ON 03/20 FROM Green Dot Corporation CA S305079671499134 CARD 6511 | $220.00 | |
| 03/18/25 | INTERNATIONAL ATM ACCESS FEE REIMBURSEMENT | $4.55 | |
| **Totals** | | **$128,589.25** | **$126,369.89** |

| | | | |
|---|---|---|---|
| | 03/18 *BNS 42 MAIN STREET SANTA CRUZ JAM 305077852840573 ATM ID JMN02441 CARD 6511 | | |
| 03/18/25 | MONEY TRANSFER AUTHORIZED ON 03/18 FROM Green Dot Corporation CA S585077769183881 CARD 6511 | $160.00 | |
| 03/18/25 | MONEY TRANSFER AUTHORIZED ON 03/18 FROM Green Dot Corporation CA S585077723830450 CARD 6511 | $400.00 | |
| 03/17/25 | INTERNATIONAL ATM ACCESS FEE REIMBURSEMENT | $4.53 | |
| 03/17/25 | NON-WF ATM WITHDRAWAL AUTHORIZED ON 03/17 *BNS 42 MAIN SANTA CRUZ ST ELIZABETH JAM 585076808552327 ATM ID JMN01084 CARD 6511 | | $521.28 |
| 03/17/25 | PURCHASE AUTHORIZED ON 03/16 PAYPAL *UBER 402-935-7733 CA S585075622202075 CARD 6511 | | $1.72 |
| 03/17/25 | MONEY TRANSFER AUTHORIZED ON 03/17 FROM PREMWATIE ROWANA NY S385076703684376 CARD 6511 | $343.88 | |
| **Totals** | | **$128,589.25** | **$126,369.89** |

**Wells Fargo Premier**

| | | | |
|---|---|---|---|
| | FROM Green Dot Corporation CA S585076702991238 CARD 6511 | | |
| 03/13/25 | INTERNATIONAL ATM ACCESS FEE REIMBURSEMENT | $4.53 | |
| 03/13/25 | NON-WF ATM WITHDRAWAL AUTHORIZED ON 03/13 *BNS 42 MAIN SANTA CRUZ ST ELIZABETH JAM 585072440442382 ATM ID JMN01084 CARD 6511 | | $10.90 |
| 03/10/25 | MONEY TRANSFER AUTHORIZED ON 03/08 PAYPAL *Muskal James Visa Direct CA S465067839566938 CARD 6511 | | $10.00 |
| 03/06/25 | MONEY TRANSFER AUTHORIZED ON 03/06 PAYPAL *Muskal James Visa Direct CA S585065574234893 CARD 6511 | | $25.00 |
| 03/06/25 | INTERNATIONAL ATM ACCESS FEE REIMBURSEMENT | $4.55 | |
| 03/06/25 | NON-WF ATM WITHDRAWAL AUTHORIZED ON 03/06 *BNS 42 MAIN SANTA CRUZ ST ELIZABETH JAM 385065434448646 ATM ID JMN01084 CARD 6511 | | $613.53 |
| **Totals** | | **$128,589.25** | **$126,369.89** |

| | | | |
|---|---|---|---|
| | B Muskal | | |
| 03/05/25 | INTERNATIONAL ATM ACCESS FEE REIMBURSEMENT | $4.55 | |
| 03/05/25 | NON-WF ATM WITHDRAWAL AUTHORIZED ON 03/05 *BNS 42 MAIN STREET SANTA CRUZ JAM 585064495868695 ATM ID JMN02441 CARD 6511 | | $966.09 |
| 03/05/25 | MONEY TRANSFER AUTHORIZED ON 03/05 PAYPAL *Muskal James Visa Direct CA S385064402164328 CARD 6511 | | $175.00 |
| 03/05/25 | MONEY TRANSFER AUTHORIZED ON 03/05 PAYPAL *Muskal James Visa Direct CA S465064401386263 CARD 6511 | | $500.00 |
| 03/05/25 | MONEY TRANSFER AUTHORIZED ON 03/05 PAYPAL *Muskal James Visa Direct CA S305064400896185 CARD 6511 | | $100.00 |
| 03/05/25 | Instant Pmt from PAYPAL on 03/05 Ref#20250305021000021P1BRJPC08240108285 | $343.87 | |
| **Totals** | | **$128,589.25** | **$126,369.89** |

| Auth Date | Type | Description | ATM ID | Amount |
|---|---|---|---|---|
| 12/20/24 | ATM | BNS 42 MAIN STREET SANTA CRUZ JAM | JMN01381 | $133.09 |
| 12/23/24 | ATM | BNS 42 MAIN STREET SANTA CRUZ JAM | JMN01381 | $648.86 |
| 12/23/24 | ATM | BNS 42 MAIN STREET SANTA CRUZ JAM | JMN01381 | $197.86 |
| 12/24/24 | ATM | BNS 42 MAIN STREET SANTA CRUZ JAM | JMN01381 | $650.12 |
| 12/24/24 | ATM | BNS 42 MAIN STREET SANTA CRUZ JAM | JMN01381 | $327.35 |
| 12/25/24 | ATM | BNS 42 MAIN STREET SANTA CRUZ JAM | JMN01381 | $649.28 |
| 12/25/24 | ATM | BNS 42 MAIN STREET SANTA CRUZ JAM | JMN01381 | $326.93 |
| 12/27/24 | ATM | BNS 42 MAIN STREET SANTA CRUZ JAM | JMN01381 | $650.54 |
| 12/27/24 | ATM | BNS 42 MAIN STREET SANTA CRUZ JAM | JMN01381 | $262.97 |
| 12/30/24 | ATM | BNS 42 MAIN STREET SANTA CRUZ JAM | JMN02441 | $392.16 |
| 12/31/24 | ATM | BNS 42 MAIN SANTA CRUZ ST ELIZABETH JAM | JMN01084 | $648.45 |
| 12/31/24 | ATM | BNS 42 MAIN SANTA CRUZ ST ELIZABETH JAM | JMN01084 | $165.54 |
| 12/31/24 | ATM | BNS 42 MAIN SANTA CRUZ ST ELIZABETH JAM | JMN01084 | $165.54 |
| 01/01/25 | ATM | BNS 42 MAIN STREET SANTA CRUZ JAM | JMN01381 | $586.32 |
| 01/03/25 | ATM | BNS 42 MAIN SANTA CRUZ ST ELIZABETH JAM | JMN01084 | $651.17 |
| 01/03/25 | ATM | BNS 42 MAIN SANTA CRUZ ST ELIZABETH JAM | JMN01084 | $327.88 |
| 01/04/25 | ATM | BNS 42 MAIN STREET SANTA CRUZ JAM | JMN01381 | $648.86 |
| 01/04/25 | ATM | BNS 42 MAIN STREET SANTA CRUZ JAM | JMN01381 | $326.72 |
| 01/05/25 | ATM | BNS 42 MAIN STREET SANTA CRUZ JAM | JMN02441 | $971.01 |
| 01/06/25 | ATM | BNS 42 MAIN SANTA CRUZ ST ELIZABETH JAM | JMN01084 | $320.28 |
| 01/07/25 | ATM | BNS 42 MAIN STREET SANTA CRUZ JAM | JMN02441 | $967.89 |
| 01/08/25 | ATM | BNS 42 MAIN STREET SANTA CRUZ JAM | JMN02441 | $967.89 |
| 01/09/25 | ATM | BNS 42 MAIN STREET SANTA CRUZ JAM | JMN01381 | $645.95 |
| 01/09/25 | ATM | BNS 42 MAIN STREET SANTA CRUZ JAM | JMN01381 | $325.25 |
| 01/10/25 | ATM | BNS 42 MAIN STREET SANTA CRUZ JAM | JMN02441 | $966.65 |
| 01/10/25 | Purchase | LAKE LAND HARDWARE ST ELIZABETH JAM | | $962.09 |
| 01/10/25 | Purchase | LAKE LAND HARDWARE ST ELIZABETH JAM | | $668.57 |
| 01/10/25 | Purchase | LAKE LAND HARDWARE ST ELIZABETH JAM | | $436.09 |
| 01/11/25 | ATM | BNS 42 MAIN STREET SANTA CRUZ JAM | JMN01381 | $645.95 |
| 01/11/25 | ATM | BNS 42 MAIN STREET SANTA CRUZ JAM | JMN01381 | $325.25 |
| 01/11/25 | Purchase | LAKE LAND HARDWARE ST ELIZABETH JAM | | $481.28 |
| 01/11/25 | Purchase | LAKE LAND HARDWARE ST ELIZABETH JAM | | $1,282.79 |
| 01/11/25 | Purchase | LAKE LAND HARDWARE ST ELIZABETH JAM | | $962.09 |
| 01/12/25 | ATM | BNS 42 MAIN STREET SANTA CRUZ JAM | JMN02441 | $966.65 |
| 01/12/25 | Purchase | LAKE LAND AUTO BRAES RIVER JAM | | $32.07 |
| 01/13/25 | ATM | BNS 42 MAIN STREET SANTA CRUZ JAM | JMN02441 | $966.65 |
| 01/13/25 | Purchase | GAYLE'S AGGREGATE SOUTHFIELD P JAM | | $2,466.17 |
| 01/13/25 | Purchase | C A PARCHMENT & SO SOUTHFIELD P JAM | | $614.43 |
| 01/14/25 | ATM | BNS MAIN STREET JUNCTI ELIZABETH JAM | JMN01076 | $967.89 |
| 01/14/25 | Purchase | LAKE LAND AUTO BRAES RIVER JAM | | $2,568.88 |
| 01/14/25 | Purchase | LAKE LAND AUTO BRAES RIVER JAM | | $2,568.88 |
| 01/15/25 | ATM | BNS MAIN STREET JUNCTI ELIZABETH JAM | JMN01076 | $969.76 |
| 01/15/25 | Purchase | LAKE LAND HARDWARE ST ELIZABETH JAM | | $2,683.15 |
| 01/15/25 | Purchase | LAKE LAND HARDWARE ST ELIZABETH JAM | | $399.40 |
| 01/15/25 | Purchase | LAKE LAND AUTO BRAES RIVER JAM | | $1,093.88 |
| 01/15/25 | Purchase | GAYLE'S AGGREGATE SOUTHFIELD P JAM | | $667.85 |
| 01/16/25 | ATM | BNS TONY ROWE PLAZA JUNCTION JAM | JMN01561 | $963.56 |
| 01/16/25 | Purchase | LAKE LAND AUTO BRAES RIVER JAM | | $2,557.38 |
| 01/16/25 | Purchase | LAKE LAND AUTO BRAES RIVER JAM | | $2,557.38 |
| 01/17/25 | ATM | BNS TONY ROWE PLAZA JUNCTION JAM | JMN01561 | $962.94 |
| 01/18/25 | ATM | BNS TONY ROWE PLAZA JUNCTION JAM | JMN01561 | $963.56 |
| 01/18/25 | Purchase | LAKE LAND AUTO BRAES RIVER JAM | | $2,557.38 |
| 01/18/25 | Purchase | LAKE LAND AUTO BRAES RIVER JAM | | $2,557.38 |

EXHIBIT J

| | | | | |
|---|---|---|---|---|
| 01/19/25 | ATM | BNS 42 MAIN SANTA CRUZ ST ELIZABETH JAM | JMN01084 | $643.88 |
| 01/19/25 | ATM | BNS 42 MAIN SANTA CRUZ ST ELIZABETH JAM | JMN01084 | $324.21 |
| 01/20/25 | ATM | BNS 42 MAIN STREET SANTA CRUZ JAM | JMN02441 | $963.56 |
| 01/20/25 | Purchase | GOLD MART MANDEVIL MANDEVILLE JAM | | $2,460.20 |
| 01/20/25 | Purchase | FUEL CITY LIMITED MANDEVILLE JAM | | $95.90 |
| 01/20/25 | Purchase | Rubis- BIRD'S STAT MANDEVILLE JAM | | $63.93 |
| 01/21/25 | ATM | BNS MAIN STREET JUNCTI ELIZABETH JAM | JMN01076 | $961.71 |
| 01/21/25 | Purchase | LAKE LAND AUTO BRAES RIVER JAM | | $5,104.97 |
| 01/24/25 | ATM | BNS MAIN STREET JUNCTI ELIZABETH JAM | JMN01076 | $963.56 |
| 01/24/25 | Purchase | JN-Danny's Gaming hop#9 Lane J JAM | | $3,196.73 |
| 01/25/25 | ATM | BNS 42 MAIN STREET SANTA CRUZ JAM | JMN02441 | $963.93 |
| 01/25/25 | Purchase | JN-Danny's Gaming hop#9 Lane J JAM | | $3,197.96 |
| 01/25/25 | Purchase | JN-Danny's Gaming hop#9 Lane J JAM | | $959.39 |
| 01/27/25 | ATM | BNS TONY ROWE PLAZA JUNCTION JAM | JMN01561 | $375.50 |
| 01/29/25 | ATM | BNS 42 MAIN STREET SANTA CRUZ JAM | JMN01381 | $962.94 |
| 02/13/25 | ATM | BNS TONY ROWE PLAZA JUNCTION JAM | JMN01561 | $963.56 |
| 02/14/25 | ATM | BNS TONY ROWE PLAZA JUNCTION JAM | JMN01561 | $959.88 |
| 02/15/25 | ATM | BNS TONY ROWE PLAZA JUNCTION JAM | JMN01561 | $959.26 |
| 02/15/25 | Purchase | LAKE LAND AUTO BRAES RIVER JAM | | $5,091.98 |
| 02/16/25 | ATM | BNS 42 MAIN STREET SANTA CRUZ JAM | JMN02441 | $959.26 |
| 02/16/25 | Purchase | LAKE LAND AUTO BRAES RIVER JAM | | $5,091.98 |
| 02/17/25 | ATM | BNS 42 MAIN STREET SANTA CRUZ JAM | JMN02441 | $959.26 |
| 02/17/25 | Purchase | JN-Danny's Gaming hop#9 Lane J JAM | | $2,545.99 |
| 02/17/25 | Purchase | JN-Danny's Gaming hop#9 Lane J JAM | | $2,545.99 |
| 02/18/25 | ATM | BNS TONY ROWE PLAZA JUNCTION JAM | JMN01561 | $959.26 |
| 02/19/25 | ATM | BNS 42 MAIN STREET SANTA CRUZ JAM | JMN02441 | $958.65 |
| 02/19/25 | Purchase | LAKE LAND AUTO BRAES RIVER JAM | | $2,544.37 |
| 02/19/25 | Purchase | ROSEBUD TRANSPORT MANCHESTER JAM | | $638.53 |
| 02/19/25 | Purchase | R S GAMBLE (1998) KINGSTON 13 JAM | | $1,915.59 |
| 02/22/25 | ATM | BNS TONY ROWE PLAZA JUNCTION JAM | JMN01561 | $323.38 |
| 02/22/25 | ATM | BNS TONY ROWE PLAZA JUNCTION JAM | JMN01561 | $323.38 |
| 02/22/25 | ATM | BNS JUNCTION BRANCH JM JAM | JMN02671 | $323.38 |
| 02/23/25 | ATM | BNS TONY ROWE PLAZA JUNCTION JAM | JMN01561 | $961.10 |
| 02/24/25 | ATM | BNS TONY ROWE PLAZA JUNCTION JAM | JMN01561 | $323.38 |
| 02/24/25 | ATM | BNS TONY ROWE PLAZA JUNCTION JAM | JMN01561 | $961.10 |
| 02/24/25 | ATM | BNS TONY ROWE PLAZA JUNCTION JAM | JMN01561 | $961.10 |
| 03/05/25 | ATM | BNS 42 MAIN STREET SANTA CRUZ JAM | JMN02441 | $966.09 |
| 03/06/25 | ATM | BNS 42 MAIN SANTA CRUZ ST ELIZABETH JAM | JMN01084 | $613.53 |
| 03/13/25 | ATM | BNS 42 MAIN SANTA CRUZ ST ELIZABETH JAM | JMN01084 | $10.90 |
| 03/17/25 | ATM | BNS 42 MAIN SANTA CRUZ ST ELIZABETH JAM | JMN01084 | $521.28 |
| 03/18/25 | ATM | BNS 42 MAIN STREET SANTA CRUZ JAM | JMN02441 | $536.91 |
| 03/20/25 | ATM | BNS 42 MAIN SANTA CRUZ ST ELIZABETH JAM | JMN01084 | $211.03 |
| 3/22/2025 | ATM | BNS 42 MAIN SANTA CRUZ JAM ("WELLS ALLEGED AUTHORIZ | | $965.41 |
| | | | **TOTAL:** | $103,823 |