**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Steven Muskal

Plaintiff,

v.

Case No.: 1:25−cv−15478
Honorable Thomas M. Durkin

Wells Fargo Bank, N.A.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 5, 2026:

MINUTE entry before the Honorable Thomas M. Durkin: Defendant Wells Fargo's motion to compel arbitration [13] is terminated in light of its amended motion to compel arbitration [26]. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.